AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| Richard Winfrey, Jr. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:10CV1896 |
| San Jacinto County, et al. | ) | |
| | ) | (If the action is pending in another district, state where: ) |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Tracy Denise Brown
400 Rush, Coldspring, TX 77331

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Please see attached Rider to Subpoena to Tracy Brown.

| Place: Loevy & Loevy<br>312 N. May St., Suite 100<br>Chicago, IL 60607 | Date and Time:<br>07/29/2013 10:00 am |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 07/12/2013

*CLERK OF COURT*

OR

_____     s/ Elizabeth Wang
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiff , who issues or requests this subpoena, are:

Elizabeth Wang, Loevy & Loevy
312 N. May St., Ste. 100, Chicago, IL 60607 312-243-5900, elizabethw@loevy.com

EXHIBIT C

## RIDER TO SUBPOENA DUCES TECUM TO TRACY BROWN

1. Any and all documents in your possession, custody, or control relating to Murray Burr's finances, bills, retirement accounts or plans, bank accounts, and/or life insurance policies dating from August 2002 through the present.

2. Any and all documents in your possession, custody, or control relating to how you became the beneficiary on Murray Burr's retirement account or plan, including but not limited to any 1099 forms and any record or evidence of deposits into your checking or other bank account(s) as the beneficiary on Murray Burr's retirement account or plan.

3. Any and all documents in your possession, custody, or control relating to the trip or vacation that you took shortly after Murray Burr's death, including but not limited to when it was originally planned, when it was paid for, and how it was paid for.