EXHIBIT E


