# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 15, 2019

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

**United States District Court**
**Southern District of Texas**
**FILED**

APR 15 2019

David J. Bradley, Clerk of Court

Re: Lenard Johnson
v. Richard Winfrey, Jr.
No. 18-1024  4:10cv1896
(Your No. 16-20702)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

Scott S. Harris, Clerk

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 15, 2019

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

　　　No. 16-20702　　Richard Winfrey, Jr. v. San Jacinto County
　　　　　　　　　　　USDC No. 4:10-CV-1896

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　*Stacy Carpenter*
　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Stacy M. Carpenter, Deputy Clerk