IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEGAN WINFREY, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| KEITH PIKETT, Former Fort Bend § | CIVIL ACTION NO. 4:14-CV-00448 |
| County Sheriff's Deputy, LACY § | |
| ROGERS, Former San Jacinto County § | |
| Sheriff, LENARD JOHNSON, Former § | |
| San Jacinto County Sheriff's Deputy § | |
| Chief, SAN JACINTO COUNTY, and § | |
| FORT BEND COUNTY § | |
| § | |
| Defendants. § | |
| § | |

## FULL AND FINAL RELEASE TO FORT BEND COUNTY AND FORT BEND COUNTY DEPUTY KEITH PIKETT

STATE OF TEXAS §
§   KNOW ALL MEN BY THESE PRESENTS
COUNTY OF HARRIS §

THAT I, PLAINTIFF MEGAN WINFREY (now known as MEGAN HOLT), resident of the State of Texas for full consideration of ONE MILLION DOLLARDS AND No/100 DOLLARS ($1,000,000.00) cash to me in hand by the Defendant FORT BEND COUNTY, a governmental entity of the State of Texas, the receipt of which is hereby ACKNOWLEDGED, and have released and forever discharged, and by these present, do for myself, my heirs, executors and administrators, FULLY, FINALLY AND COMPLETELY RELEASE AND DISCHARGE the FORT BEND COUNTY, a governmental entity located in the State of Texas and FORT BEND COUNTY DEPUTY KEITH PIKETT, In his Individual and Official Capacity and any employees of Fort Bend County of and from all liability or demand now accrued or which may hereafter accrue, on

account of any and all claims for damages or causes of action, including but not limited to Civil Rights 42 U.S.C. §1983, procedural and substantive due process claims and civil conspiracy claims, and state and federal malicious prosecution claims, or any claims at law or in equity, which I may now have, or which any of my heirs, executors or administrators at any time hereafter may claim to have against **FORT BEND COUNTY** and **FORT BEND COUNTY DEPUTY KEITH PIKETT**, In his Individual and Official Capacity and all employees of Fort Bend County and, by reason of any claim for damages, losses or demands, including but not limited to loss of services, hospital, medical, doctor and nursing bills, and any and all damages for personal injury, incapacity, loss or reduced earning capacity, and any and all causes of action, subrogation interests, medical liens, losses and expenses of whatsoever nature that may have been sustained by me in the past, or which may exist at the present time, or which may be claimed by me or anyone on my behalf to exist in the future, as a result of the August 2004 Murray Wayne Burr murder and murder investigation in San Jacinto County wherein Fort Bend County Deputy Keith Pikett, a canine handler, assisted in the San Jacinto County Sheriff's investigation by conducting scent lineups and drop trail scent methods using blood hounds with results used in the Burr Murder investigation by San Jacinto County Investigators and with said investigation resulting in the criminal charge of Capital Murder and incarceration against Plaintiff MEGAN HOLT (nee WINFREY), the allegations which are included in Plaintiff's First Amended Complaint styled "MEGAN WINFREY V. KEITH PIKETT, FORMER FT. BEND COUNTY SHERIFF'S DEPUTY, LACY ROGERS, FORMER SAN JACINTO COUNTY SHERIFF, LENARD JOHNSON, FORMER SAN JACINTO SHERIFF'S DEPUTY CHIEF, SAN JACINTO COUNTY AND FT. BEND COUNTY", Civil Action No. 4:14-Cv-448, In The United States District Court For The Southern District Of Texas, Houston Division.

**IT IS EXPRESSLY AGREED AND UNDERSTOOD** by me that the compromise and settlement hereby evidenced is not an admission of liability on the part of the **FORT BEND COUNTY and FORT BEND COUNTY DEPUTY KEITH PIKETT,** In His Individual and Official Capacity or any employees of FORT BEND County, but is merely a compromise of a bona fide disputed claim between Plaintiff **MEGAN HOLT (nee WINFREY)** and Defendant **FORT BEND COUNTY AND FORT BEND COUNTY DEPUTY KEITH PIKETT,** In his Individual and Official Capacity.

**IT IS FURTHER EXPRESSLY AGREED AND UNDERSTOOD** that as to Keith Pikett and Ft. Bend County, I will enter into a Stipulation of Dismissal to dismiss with prejudice my lawsuit styled "MEGAN WINFREY V. KEITH PIKETT, FORMER FT. BEND COUNTY SHERIFF'S DEPUTY, LACY ROGERS, FORMER SAN JACINTO COUNTY SHERIFF, LENARD JOHNSON, FORMER SAN JACINTO SHERIFF'S DEPUTY CHIEF, SAN JACINTO COUNTY AND FT. BEND COUNTY", Civil Action No. 4:14-CV-448, In The United States District Court for the Southern District of Texas, Houston Division.

**THE UNDERSIGNED DOES UNDERSTAND AND AGREE** not to assert or prosecute any further claims or lawsuits against the **FORT BEND COUNTY AND FORT BEND COUNTY DEPUTY KEITH PIKETT,** In his Individual and Official Capacity or any employees of Fort Bend County, with reference to the described incident as alleged in Plaintiffs' First Amended First Amended Complaint under Civil Action No. 4:14-CV-448, styled "MEGAN WINFREY V. KEITH PIKETT, FORMER FT. BEND COUNTY SHERIFF'S DEPUTY, LACY ROGERS, FORMER SAN JACINTO COUNTY SHERIFF, LENARD JOHNSON, FORMER SAN JACINTO SHERIFF'S DEPUTY CHIEF, SAN JACINTO COUNTY AND FT. BEND COUNTY", In The United States District Court for the Southern District of Texas, Houston Division.

IT IS FURTHER EXPRESSLY AGREED AND UNDERSTOOD that the settlement payout set out herein is allocated to and is intended to compensate Plaintiff for the physical injuries / sickness as well as the physical pain and suffering and emotional and mental pain and suffering stemming from said physical injuries/sickness, caused by the search and seizure of her person that occurred when Plaintiff was subjected to a dog scent lineup on August 24, 2004 and search and seizure of Plaintiff's person when Plaintiff was arrested February 8, 2007 including Plaintiff's subsequent incarceration as well as the associated seizure of bodily materials. It is also agreed that the payout for the damages set forth above is intended to fall within the meaning and scope of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended. No ruling by any court of competent jurisdiction regarding the validity or enforceability of this paragraph shall affect the validity and enforceability of the remaining portions of this agreement.

Any and all claims against parties not specifically released herein, if any, are hereby assigned in full to the parties hereby released.

IT IS FURTHER EXPRESSLY AGREED AND UNDERSTOOD AND ACKNOWLEDGED by MEGAN HOLT (nee WINFREY) the undersigned, that I fully understand that this is a FULL, FINAL AND COMPLETE RELEASE by me to FORT BEND COUNTY AND FORT BEND COUNTY DEPUTY KEITH PIKETT, In his Individual and Official Capacity and all employees of the Fort Bend County for all causes of action which may now exist as a result of the hereinabove-mentioned incident, and that NO ADDITIONAL OR FURTHER SUM whatsoever is to be paid to me by the said FORT BEND COUNTY AND FORT BEND COUNTY DEPUTY KEITH PIKETT, In his Individual and Official Capacity or any employees of Fort Bend County other than the sum hereinabove first mentioned.

**IT IS ALSO AGREED AND UNDERSTOOD** that each party to this lawsuit will pay its own costs of Court and its own attorneys' fees.

**IT IS FURTHER EXPRESSLY AGREED AND UNDERSTOOD AND ACKNOWLEDGED BY** me that I will pay out of the above-mentioned settlement any and all claims of any hospital or provider of medical or legal services for any and all medical or other expenses of any kind or nature whatsoever, incurred or to be incurred by or on behalf of the undersigned as a result of or to result from the above described incident.

**I DO FURTHER WARRANT AND REPRESENT** that there are no liens or encumbrances against the claim asserted herein, nor the settlement proceeds paid hereunder, nor the undersigned's causes of action which could or might be made with respect to or arising out of the injuries to me as a result of the said incident made the basis of this lawsuit, for or on account of monies payable to any hospitals, physicians and/or practitioners of the healing arts, health care providers and any and all medical services provided on account of any injury to me as a result of the incident made the basis of this lawsuit that have not been paid.

Plaintiff **MEGAN HOLT (nee WINFREY)** agrees to release, indemnify, discharge, and forever hold Defendants **FORT BEND COUNTY** and **FORT BEND COUNTY DEPUTY KEITH PIKETT** harmless from any and all claims, counter-claims, demands or suits, known or unknown, fixed or contingent, liquidated or unliquidated, whether or not asserted in the above styled case.

**I, DO FURTHER WARRANT** that I am of legal age and legally competent to execute this release and that I do so of my own free will and accord without reliance of any representation of any kind or character not expressly set forth herein.

**I, FURTHER WARRANT,** that I have read the foregoing document carefully, that I know and understand the contents hereof and sign same as I own free act.

THIS RELEASE contains the ENTIRE AGREEMENT between the Plaintiff MEGAN HOLT (nee WINFREY) and FORT BEND COUNTY AND FORT BEND COUNTY DEPUTY KEITH PIKETT, In his Individual and Official Capacity.

IN WITNESS WHEREOF, I have hereunto below signed my name on this, the 19 day of December, 2017.

_____
MEGAN HOLT (nee WINFREY)

## AFFIDAVIT

STATE OF Texas §

COUNTY OF Harris §

BEFORE ME, the undersigned Notary Public in and for the State of Texas, on this day personally appeared **MEGAN HOLT (nee WINFREY)**, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration and under the circumstances therein expressed.

_____
**MEGAN HOLT (nee WINFREY)**

SWORN TO AND SUBSCRIBED BEFORE ME by the said **MEGAN HOLT (nee WINFREY)** to certify which witness my hand and seal of office on this, the 19th day of December, 2017.



ELISHA GONZALES
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 7/11/2020
NOTARY ID 12898504-4

Notary Public in and for the State of Texas

My Commission expires: 07/11/2020

Full and Final Release of All Claims to Fort Bend County and Keith Pikett                    Page 7