# TRIAL MINUTES

Cause No:       4:10-cv-1896

Style:          RICHARD WINFREY JR. vs. SAN JACINTO COUNTY, *et al*

Hearing Type:   Jury Trial – Day Two

Appearances:

| **Counsel** | **Representing** |
|---|---|
| Elizabeth Wang<br>Gayle Horn | Richard Winfrey, Jr. and Megan Winfrey |
| William Helfand<br>Norman Giles | Lenard Johnson |

Date: February 4, 2020                  Court Reporter:  Nichole Forrest
Time:  9:05 - 10:40                     Case Manager:  Susan Gram
      11:10 - 12:00
       1:25 -  2:50
       3:15 -  4:00
       4:15 -  5:25

At the trial, the following occurred, as stated on the record:

1. The Court read to the jury the Fifth Circuit's instructions regarding this case.

2. Oral testimony of Richard Winfrey, Jr.

3. Oral testimony of Lenard Johnson.

4. Trial adjourned for the day to be reconvened on February 5, 2020 at 9:00 AM.