JUN/22/20

NO. 9751
[Previously 9526]

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 411TH JUDICIAL DISTRICT |
| | § | |
| RICHARD LYNN WINFREY, JR. | § | SAN JACINTO COUNTY, TEXAS |

## PETITION FOR EXPUNCTION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes RICHARD LYNN WINFREY, JR., Petitioner, and moves the Court to order expunction of all criminal records and files pertaining to the arrest of Petitioner described below, and would respectfully show as follows:

1. The following information regarding Petitioner is included pursuant to Section 2(b) of Article 55.02, Texas Code of Criminal Procedure:

   NAME: RICHARD LYNN WINFREY, JR.
   SEX: MALE
   RACE: WHITE/CAUCASION
   DATE OF BIRTH: [redacted]
   DRIVER'S LICENSE NO., STATE: [redacted], Texas
   SOCIAL SECURITY NO.: [redacted]
   ADDRESS AT TIME OF ARREST:
   [redacted]
   Coldspring, TX 77331

2. RICHARD LYNN WINFREY, JR. was charged with the following offense, regarding which the following information is provided in accordance with said Section 2(b) of said Article 55.02:

   ALLEGED OFFENSE: CAPITAL MURDER
   DATE OF ALLEGED OFFENSE: AUGUST 6, 2004
   COUNTY WHERE ALLEGED OFFENSE OCCURRED: SAN JACINTO COUNTY, TEXAS

1 | Page

FILED
On 9th Day of July AD 20 09
Time 11:55 Am
REBECCA CAPERS
Clerk District Court San Jacinto County, Texas
Rebecca Capers Deputy


DEFENDANT'S EXHIBIT 21

16-20702.4209

EXHIBIT A

JUN/22/2...

DATE OF ARREST: 2-8-2007
COUNTY WHERE ARRESTED: WALKER COUNTY, TEXAS
MUNICIPALITY WHERE ARREST OCCURRED: HUNTSVILLE TEXAS
ARRESTING AGENCY: TEXAS DEPARTMENT OF PUBLIC SAFTEY, TEXAS RANGERS
CASE NUMBER: 9751 [previously 9526]
COURT: 411th Judicial District Court of SAN JACINTO County, Texas

3. Petitioner is entitled to an expunction of all records and files relating to said alleged offense CAPITAL MURDER under Article 55.01(a)(1)(A) of the Texas Code of Criminal Procedure, because Petitioner was tried for the offense and was acquitted of this charge in this cause on JUNE 12, 2009. (See judgment of acquittal attached hereto).

4. Petitioner has reason to believe that the following law enforcement agencies, jails or other detention facilities, magistrates, courts, prosecuting attorneys, correctional facilities, central state depositories of criminal records, central federal depositories of criminal records, other officials, agencies, entities, and political subdivisions of this state, or private entities that compile and disseminate criminal history record information for compensation, may have records or files pertaining to Petitioner in connection with the arrest and/or alleged offense described above, and which are subject to expunction:

TEXAS DEPARTMENT OF PUBLIC SAFTEY
CRIMINAL RECORDS DIVISION - MSC 0234
For itself and for any private entity to which it provided information
P.O. BOX 4143
AUSTIN, TX 78765-4143

TEXAS DEPARTMENT OF PUBLIC SAFETY
DRIVER IMPROVEMENT BUREAU
P.O. BOX 4040
AUSTIN, TX 78765-4040

16-20702.4210

JUN/22/2...

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that the above-described records be expunged as provided by Chapter 55 of the Texas Code of Criminal Procedure.

Respectfully submitted,

LAW OFFICES OF SHIRLEY BACCUS-LOBEL
A Professional Corporation
8350 Meadow Road, Suite 186
Dallas, Texas 75206
Tel: (214) 220.8460
Fax: (214) 987.3169

By: _____
SHIRLEY BACCUS-LOBEL
State Bar No. 01488000
Attorney for RICHARD LYNN WINFREY, JR.


LAW OFFICES OF BILLY RAVKIND
5005 GREENVILLE AVE STE 200
Dallas, Texas 75206
Tel: (214) 559-0555
Fax: (214)

By: _____
BILLY RAVKIND
State Bar No. 16587300
Attorney for RICHARD LYNN WINFREY, JR.

4 | Page

16-20702.4211

## VERIFICATION

STATE OF TEXAS §
§
COUNTY OF SAN JACINTO §

BEFORE ME, the undersigned authority, personally appeared RICHARD LYNN WINFREY, JR., who, having been duly sworn, stated:

"My name is RICHARD LYNN WINFREY, JR. I am the Petitioner in the above Petition for Expunction. I have read said Petition for Expunction and the facts stated therein are true and correct."

*[signature]*
RICHARD LYNN WINFREY, JR.

Sworn to and subscribed before me on July 8, 2009

DORETHA ANDERSON
MY COMMISSION EXPIRES
MARCH 30, 2011

*[signature]* Doretha Anderson
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

This is to certify that on July 8, 2009 a true and correct copy of this document and the proposed Order Granting Expunction were served on the District Attorney's Office, San Jacinto County, BILL BURNETT, DISTRICT ATTORNEY FOR SAN JACINTO COUNTY, TEXAS, by facsimile transmission to 936-653-2143, and by Federal Express.

*[signature]*
BILLY RAVKIND

5 | Page

16-20702.4212

JUN/22/20



CASE NO. 9751     COUNT One
INCIDENT NO./TRN: 0108854881

| THE STATE OF TEXAS | § | IN THE 411TH DISTRICT |
|---|---|---|
| v. | § § | COURT |
| RICHARD LYNN WINFREY, JR. | § § | SAN JACINTO COUNTY, TEXAS |
| STATE ID NO.: ▮ | § § | |

## JUDGMENT OF ACQUITTAL BY JURY

| Judge Presiding: | HON. ROBERT H. TRAPP | Date Judgment Entered: | 6/12/2009 |
|---|---|---|---|
| Attorney for State: | BILL BURNETT | Attorney for Defendant: | BILLY RAVKIND |

Charged Offense:
CAPITAL MURDER

Charging Instrument:     Statute for Offense:
INDICTMENT     19.03 Penal Code

Plea to Offense:
NOT GUILTY

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in San Jacinto County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea of NOT GUILTY to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and the argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict. The Court received the jury's verdict and ordered the verdict entered of record upon the minutes of the Court as follows:

"We, the Jury, find the defendant NOT GUILTY."

The Court ORDERS, ADJUDGES, AND DECREES that Defendant is NOT GUILTY of the charged offense as FOUND BY THE VERDICT OF THE JURY. The Court FURTHER ORDERS Defendant immediately discharged.

Signed and entered on June 12, 2009

X _____
ROBERT H. TRAPP
JUDGE PRESIDING

Clerk:

FILED
On 18th Day of June AD 20 09
Time 10:10 Am
REBECCA CAPERS
Clerk District Court San Jacinto County, Texas
Rebecca Capers _____ Deputy

Judgment_of_Acquittal_by_Jury_054108(COUNT ONE)     Page 1 of 1

16-20702.4213

JUN/22/20

NO. 9751
[Previously 9526]

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 411TH JUDICIAL DISTRICT |
| | § | |
| RICHARD LYNN WINFREY, JR. | § | SAN JACINTO COUNTY, TEXAS |

### PETITION FOR EXPUNCTION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes RICHARD LYNN WINFREY, JR., Petitioner, and moves the Court to order expunction of all criminal records and files pertaining to the arrest of Petitioner described below, and would respectfully show as follows:

1. The following information regarding Petitioner is included pursuant to Section 2(b) of Article 55.02, Texas Code of Criminal Procedure:

NAME: RICHARD LYNN WINFREY, JR.
SEX: MALE
RACE: WHITE/CAUCASION
DATE OF BIRTH:
DRIVER'S LICENSE NO., STATE: ███████ Texas
SOCIAL SECURITY NO.:
ADDRESS AT TIME OF ARREST:

Coldspring, TX 77331

2. RICHARD LYNN WINFREY, JR. was charged with the following offense, regarding which the following information is provided in accordance with said Section 2(b) of said Article 55.02:

ALLEGED OFFENSE: CONSPIRACY TO COMMIT CAPITAL MURDER
DATE OF ALLEGED OFFENSE: AUGUST 6, 2004
COUNTY WHERE ALLEGED OFFENSE OCCURRED: SAN JACINTO COUNTY, TEXAS

1 | Page

FILED
On 9th Day of July AD 2009
Time 11:55 AM
REBECCA CAPERS
Clerk District Court San Jacinto County, Texas
Rebecca

16-20702.4214

JUN/22/2(...

DATE OF ARREST: 2-8-2007
COUNTY WHERE ARRESTED: WALKER COUNTY, TEXAS
MUNICIPALITY WHERE ARREST OCCURRED: HUNTSVILLE TEXAS
ARRESTING AGENCY: TEXAS DEPARTMENT OF PUBLIC SAFTEY, TEXAS RANGERS
CASE NUMBER: 9751 [previously 9526]
COURT: 411th Judicial District Court of SAN JACINTO County, Texas

3. Petitioner is entitled to an expunction of all records and files relating to said alleged offense of CONSPIRACY TO COMMIT CAPITAL MURDER under Article 55.01(a)(1)(A) of the Texas Code of Criminal Procedure, because Petitioner was tried for the offense and was acquitted of this charge in this cause on JUNE 12, 2009. (See judgment of acquittal attached hereto).

4. Petitioner has reason to believe that the following law enforcement agencies, jails or other detention facilities, magistrates, courts, prosecuting attorneys, correctional facilities, central state depositories of criminal records, central federal depositories of criminal records, other officials, agencies, entities, and political subdivisions of this state, or private entities that compile and disseminate criminal history record information for compensation, may have records or files pertaining to Petitioner in connection with the arrest and/or alleged offense described above, and which are subject to expunction:

TEXAS DEPARTMENT OF PUBLIC SAFTEY
CRIMINAL RECORDS DIVISION - MSC 0234
For itself and for any private entity to which it provided information
P.O. BOX 4143
AUSTIN, TX 78765-4143

TEXAS DEPARTMENT OF PUBLIC SAFETY
DRIVER IMPROVEMENT BUREAU
P.O. BOX 4040
AUSTIN, TX 78765-4040

2 | P a g e

16-20702.4215

JUN/22/2...

TEXAS CRIME INFORMATION CENTER, for itself and for any private entities to which information regarding the arrest was provided.
P.O. BOX 4143
AUSTIN, TX 78765-4143

411TH JUDICIAL DISTRICT COURT, for itself and for the Grand Jury
1 STATE HWY. 150
ROOM 23
COLDSPRING, TX 77331

SAN JACINTO DISTRICT CLERK, for itself and the Grand Jury
1 STATE HWY. 150
ROOM 4
COLDSPRING, TX 77331

SAN JACINTO COUNTY SHERIFF
73 W. CEDAR AVENUE
COLDSPRING, TX 77331

WALKER COUNTY SHERIFF
717 FM 2821 WEST
HUNTSVILLE, TX 77320

MONTGOMERY COUNTY SHERIFF
NO. 1 CRIMINAL JUSTICE DRIVE
CONROE, TEXAS 77301

FORT BEND COUNTY SHERIFF
1410 RANSOM RD.
RICHMOND, TX 77469

SAN JACINTO CRIMINAL DISTRICT ATTORNEY, for itself and for the Grand Jury, and for any private entities to which information regarding the arrest was provided.
1 STATE HWY. 150
ROOM 21
COLDSPRING, TX 77331

TEXAS DEPARTMENT OF PUBLIC SAFETY
TEXAS RANGERS, for itself and for any private entity to which it provided information regarding the arrest

3 | Page

16-20702.4216

## VERIFICATION

STATE OF TEXAS §
§
COUNTY OF SAN JACINTO §

BEFORE ME, the undersigned authority, personally appeared RICHARD LYNN WINFREY, JR., who, having been duly sworn, stated:

"My name is RICHARD LYNN WINFREY, JR. I am the Petitioner in the above Petition for Expunction. I have read said Petition for Expunction and the facts stated therein are true and correct."

RICHARD LYNN WINFREY, JR.

Sworn to and subscribed before me on July 8, 2009

DORETHA ANDERSON
MY COMMISSION EXPIRES
MARCH 30, 2011

NOTARY PUBLIC

## CERTIFICATE OF SERVICE

This is to certify that on July 8, 2009 a true and correct copy of this document and the proposed Order Granting Expunction were served on the District Attorney's Office, San Jacinto County, BILL BURNETT, DISTRICT ATTORNEY FOR SAN JACINTO COUNTY, TEXAS, by facsimile transmission to 936-653-2143, and by Federal Express.

BILLY RAVKIND

5 | Page

16-20702.4217

JUN/22/2(...



CASE NO. 9751     COUNT Two
INCIDENT NO./TRN: 0108354881

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE 411TH DISTRICT |
| v. | § § | COURT |
| RICHARD LYNN WINFREY, JR. | § § | SAN JACINTO COUNTY, TEXAS |
| STATE ID NO.: ▇▇▇ | § § | |

## JUDGMENT OF ACQUITTAL BY JURY

| Judge Presiding: | HON. ROBERT H. TRAPP | Date Judgment Entered: | 6/12/2009 |
|---|---|---|---|
| Attorney for State: | BILL BURNETT | Attorney for Defendant: | BILLY RAVKIND |

Charged Offense:
CONSPIRACY TO COMMIT CAPITAL MURDER

Charging Instrument:        Statute for Offense:
INDICTMENT                15.02 Penal Code

Plea to Offense:
NOT GUILTY

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in San Jacinto County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea of NOT GUILTY to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and the argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict. The Court received the jury's verdict and ordered the verdict entered of record upon the minutes of the Court as follows:

"We, the Jury, find the defendant NOT GUILTY."

The Court ORDERS, ADJUDGES, AND DECREES that Defendant is NOT GUILTY of the charged offense as FOUND BY THE VERDICT OF THE JURY. The Court FURTHER ORDERS Defendant immediately discharged.

Signed and entered on June 12, 2009

X _____ _Robert H. Trapp_
ROBERT H. TRAPP
JUDGE PRESIDING

Clerk:

FILED
On 18th Day of June AD 20 09
Time 10:10 AM
REBECCA CAPERS
Clerk District Court San Jacinto County, Texas
_Rebecca Capers_ Deputy

Judgment_of_Acquittal_by_Jury_050106(COUNT TWO)      Page 1 of 1

16-20702.4218

JUN/22/21

**CERTIFIED COPY**

NO. 9751
[Formerly 9526]

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 411TH JUDICIAL DISTRICT |
| | § | |
| RICHARD LYNN WINFREY, JR. | § | SAN JACINTO COUNTY, TEXAS |

## ORDER GRANTING EXPUNCTION

On July 13th, 2009 the Court considered the Petitions for Expunction of RICHARD LYNN WINFREY, JR., which the Court finds should be GRANTED.

The following information regarding Petitioner is included in this Order pursuant to Section 3(b) of Article 55.02, Texas Code of Criminal Procedure:

NAME: RICHARD LYNN WINFREY, JR.
SEX: MALE
RACE: WHITE/CAUCASION
DATE OF BIRTH:
DRIVER'S LICENSE NO., STATE: ███████, Texas
SOCIAL SECURITY NO.:

The Court finds that RICHARD LYNN WINFREY, JR. is entitled to expunction as provided by Article 55.01(a)(1)(A), Texas Code of Criminal Procedure, with respect to the following offenses charged against Petitioner, with pertinent information provided in accordance with said Section 3(b) of said Article 55.02:

ALLEGED OFFENSES: CAPITAL MURDER, CONSPIRACY TO COMMIT CAPITAL MURDER
DATE OF ALLEGED OFFENSE: AUGUST 6, 2004
COUNTY WHERE ALLEGED OFFENSE OCCURRED: SAN JACINTO COUNTY, TEXAS
DATE OF ARREST: 2-8-2007
CASE NUMBER: 9751 [formerly 9526]
COURT: 411th Judicial District Court of SAN JACINTO County, TEXAS
TRN (Tracking Incident Number): 0108354881

A copy of each judgment of acquittal regarding said offenses is attached hereto and

16-20702.4219

JUN/22/21

incorporated by reference pursuant to Section 3(b) of Article 55.02, Texas Code of Criminal Procedure.

The Court further finds that the following law enforcement agencies, jails or other detention facilities, magistrates, courts, prosecuting attorneys, correctional facilities, central state depositories of criminal records, central federal depositories of criminal records, other officials, agencies, entities, and political subdivisions of this state, or private entities that compile and disseminate criminal history record information for compensation, may have records or files pertaining to Petitioner in connection with the arrest and/or alleged offenses described in this Order, and which are subject to expunction:

TEXAS DEPARTMENT OF PUBLIC SAFTEY
For itself, and for any private entities to which information pertaining to petitioner was provided
CRIMINAL RECORDS DIVISION – MSC 0234
P.O. BOX 4143
AUSTIN, TX 78765-4143

TEXAS DEPARTMENT OF PUBLIC SAFETY
DRIVER IMPROVEMENT BUREAU
P.O. BOX 4040
AUSTIN, TX 78765-4040

TEXAS CRIME INFORMATION CENTER
For itself, and for any private entities to which information pertaining to petitioner was provided
P.O. BOX 4143
AUSTIN, TX 78765-4143

411TH JUDICIAL DISTRICT COURT, for itself, and for the Grand Jury
1 STATE HWY. 150
ROOM 23
COLDSPRING, TX 77331

SAN JACINTO DISTRICT CLERK, for itself, the grand jury, and for any private entities to which information pertaining to petitioner was provided
1 STATE HWY. 150
ROOM 4
COLDSPRING, TX 77331

16-20702.4220

SAN JACINTO COUNTY SHERIFF
73 W. CEDAR AVENUE
COLDSPRING, TX 77331

WALKER COUNTY SHERIFF
717 FM 2821 WEST
HUNTSVILLE, TX 77320

MONTGOMERY COUNTY SHERIFF
NO. 1 CRIMINAL JUSTICE DRIVE
CONROE, TEXAS 77301

FORT BEND COUNTY SHERIFF
1410 RANSOM RD.
RICHMOND, TX 77469

SAN JACINTO CRIMINAL DISTRICT ATTORNEY, for itself, the Grand Jury, and any private entity to which information pertaining to petitioner was provided.
1 STATE HWY. 150
ROOM 21
COLDSPRING, TX 77331

TEXAS DEPARTMENT OF PUBLIC SAFETY
TEXAS RANGERS, for itself and any private entity to which information pertaining to petitioner was provided
P.O. BOX 4087
AUSTIN, TX 78773-0600

The Court ORDERS that any of the above-named agencies and/or persons that sent information to a central federal depository regarding the arrest and/or alleged offenses described herein shall request such federal depository to return all records and files subject of this Order.

The clerk of this court is ORDERED to send a certified copy of this Order by hand delivery or by certified mail, return receipt requested, to the Crime Records Service of the Texas Department of Public Safety and to each other agency, jail or other detention facility, magistrate, court, prosecuting attorney, correctional facility, central state depository of criminal records, official, entity, or political subdivision named hereinabove. In the event that this Order is

16-20702.4221

delivered by hand delivery, the clerk of the court is further directed to receive a receipt for each such Order delivered in this manner.

The Texas Department of Public Safety is ORDERED to notify any central federal depository of criminal records by any reasonable means of this Order. The Texas Department of Public Safety shall also provide, by secure electronic mail, electronic transmission, or facsimile transmission, notice of the order to any private entity that is named in the order or that purchases criminal history record information from the department. The notice must include an explanation of the effect of the Order and a request that the records in possession of the depository or entity, including any information with respect to the Order, be destroyed or returned to the Court.

It is further ORDERED, that, upon receipt of this Order, each agency, jail or other detention facility, magistrate, court, prosecuting attorney, correctional facility, central state depository of criminal records, official, entity, or political subdivision named hereinabove shall: (1) return to this Court all records and files that are subject to this Order, or, if removal is impracticable, obliterate all portions of the record or file that identify RICHARD LYNN WINFREY, JR. and notify this Court of any such action; and (2) delete from public records all index references to the records and files that are subject to this Order.

It is further ORDERED that the records concerning this proceeding are not open for inspection by anyone, and the Clerk of this Court shall obliterate all public references to this proceeding and maintain the files or other records in an area not open to inspection.

Signed on _July 13th, 2009_.

_Robert H. Trapp_
JUDGE PRESIDING

16-20702.4222

JUN/22/2...



CASE NO. 9751     COUNT One
INCIDENT NO./TRN: 0108854881

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE 411TH DISTRICT |
| V. | § § | COURT |
| RICHARD LYNN WINFREY, JR. | § § § | SAN JACINTO COUNTY, TEXAS |
| STATE ID No.: ▮▮▮▮▮ | § | |

## JUDGMENT OF ACQUITTAL BY JURY

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. ROBERT H. TRAPP | Date Judgment Entered: | 6/12/2009 |
| Attorney for State: | BILL BURNETT | Attorney for Defendant: | BILLY RAVKIND |

Charged Offense:
**CAPITAL MURDER**

Charging Instrument:     Statute for Offense:
**INDICTMENT**     **19.03 Penal Code**

Plea to Offense:
**NOT GUILTY**

All pertinent information, names and assessments indicated above are incorporated into the language of the Judgment below by reference.

This cause was called for trial in San Jacinto County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea of NOT GUILTY to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and the argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict. The Court received the jury's verdict and ordered the verdict entered of record upon the minutes of the Court as follows:

"We, the Jury, find the defendant NOT GUILTY."

The Court ORDERS, ADJUDGES, AND DECREES that Defendant is NOT GUILTY of the charged offense as FOUND BY THE VERDICT OF THE JURY: The Court FURTHER ORDERS Defendant immediately discharged.

Signed and entered on June 12, 2009

X _____
ROBERT H. TRAPP
JUDGE PRESIDING

Clerk:

FILED
On 19th Day of June AD 20 09
Time 10:10 am
REBECCA CAPERS
Clerk District Court San Jacinto County, Texas
Rebecca Capers    Deputy

Judgment_of_Acquittal_by_Jury_060108(COUNT ONE)     Page 1 of 1

16-20702.4223



JUN/22/20

CASE NO. 9751    COUNT Two
INCIDENT NO./TRN: 0108354881

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 411TH DISTRICT |
| | § | |
| v. | § | COURT |
| | § | |
| RICHARD LYNN WINFREY, JR. | § | SAN JACINTO COUNTY, TEXAS |
| | § | |
| STATE ID NO.: | § | |

## JUDGMENT OF ACQUITTAL BY JURY

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. ROBERT H. TRAPP | Date Judgment Entered: | 6/12/2009 |
| Attorney for State: | BILL BURNETT | Attorney for Defendant: | BILLY RAVKIND |

Charged Offense:
**CONSPIRACY TO COMMIT CAPITAL MURDER**

| | |
|---|---|
| Charging Instrument: | Statute for Offense: |
| **INDICTMENT** | **15.02 Penal Code** |

Plea to Offense:
**NOT GUILTY**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in San Jacinto County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea of NOT GUILTY to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and the argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict. The Court received the jury's verdict and ordered the verdict entered of record upon the minutes of the Court as follows:

"We, the Jury, find the defendant NOT GUILTY."

The Court ORDERS, ADJUDGES, AND DECREES that Defendant is NOT GUILTY of the charged offense as FOUND BY THE VERDICT OF THE JURY. The Court FURTHER ORDERS Defendant immediately discharged.

Signed and entered on June 12, 2009

X _____
ROBERT H. TRAPP
JUDGE PRESIDING

Clerk:

FILED
On 18th Day of June AD 20 09
Time 10:10 AM
REBECCA CAPERS
Clerk District Court San Jacinto County, Texas
Rebecca Capers — Deputy

Judgment_of_Acquittal_by_Jury_050105(COUNT TWO)    Page 1 of 1

16-20702.4224