United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD WINFREY JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:10-CV-1896 |
| | § | |
| SAN JACINTO COUNTY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiffs' Unopposed Third Motion for Extension of Time to File Reply in Support of Plaintiffs' Motion for Judgment (Dkt. 298) is **GRANTED**. Plaintiffs' reply is due on May 11, 2020.

SIGNED at Houston, Texas, this 8th day of May, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE