**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 12/8/2009 | 0.50 | Telephone call (t/c) with Shirley Baccus-Loebel (SBL) about Richard Winfrey, Jr. (RWJ); emails with SBL regarding possible case and defendants | GH | Vague. Initial analysis of case related to ramp-up and applies to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/18/2009 | 2.50 | Email with Natalie Roetzel (IP) and review attached transcripts of Lenard Brisbin and Keith Pikett | GH | Vague. Initial analysis of case related to ramp-up and applies to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/4/2010 | 1.50 | Meeting with RWJ about representation | GH | Vague. Initial analysis of case related to ramp-up and applies to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/12/2010 | 0.25 | T/c with Vickie Winfrey about case | GH | Vague. Initial analysis of case related to ramp-up and applies to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/16/2010 | 4.00 | Email with Vickie Winfrey, review Megan Winfrey transcripts (8 volumes) provided by Vickie | GH | Vague. Initial analysis of case related to ramp-up and applies to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 2/3/2010 | 0.25 | Email with SBL about Winfrey case | GH | Vague. Initial analysis of case related to ramp-up and applies to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

Exhibit 1

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 2/19/2010 | 0.50 | t/c with RWJ about representing him on case | GH | Vague. Initial analysis of case related to ramp-up and applies to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 3/17/2010 | 0.25 | t/c with SBL about getting documents/files regarding RWJ | GH | Vague. Initial analysis of case related to ramp-up and applies to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 4/26/2010 | 2.00 | Review case materials from SBL | GH | Vague. Initial analysis of case related to ramp-up and applies to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 5/4/2010 | 2.00 | Research legal claims and draft Complaint | GH | Vague. Complaint applied to all defendants, not just Deputy Johnson. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 5/5/2010 | 3.00 | Finish drafting Complaint | GH | Vague. Complaint applied to all defendants, not just Deputy Johnson. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 5/11/2010 | 0.50 | Review additional materials to help draft Complaint | GH | Vague. Complaint applied to all defendants, not just Deputy Johnson. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 5/14/2010 | 0.25 | email with SBL regarding draft Complaint | GH | Vague. Complaint applied to all defendants, not just Deputy Johnson. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 5/17/2010 | 0.25 | email with Jon Loevy (JL) and Mike Kanovitz (MK) about draft Complaint | GH | Vague. Complaint applied to all defendants, not just Deputy Johnson. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 5/24/2010 | 0.50 | Review and insert edits into draft Complaint | GH | Vague. Complaint applied to all defendants, not just Deputy Johnson. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 5/26/2010 | 0.25 | Proofread Complaint before filed | GH | Vague. Complaint applied to all defendants, not just Deputy Johnson. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 6/2/2010 | 0.25 | Call with reporter at Inside Edition regarding Winfrey case | GH | Vague. Initial analysis of case related to ramp-up and applies to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 6/30/2010 | 0.25 | Review answer by Pikett, Fort Bend County | GH | Pikett and Fort Bend County are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 7/20/2010 | 0.50 | Review motion to dismiss filed by Huff & Duff | GH | Duff and Huff are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 7/23/2010 | 0.25 | Review answer by Rogers, Johnson, San Jacinto County | GH | Should be discounted because Rogers and San Jacinto County not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 7/26/2010 | 0.25 | t/c  with Rachel Steinback (RS) about upcoming court conference | GH | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 7/27/2010 | 0.25 | t/c  with RS about what happened at court conference | GH | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 8/13/2010 | 4.00 | Review criminal trial transcripts of Richard Winfrey, Sr. | GH | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/22/2010 | 0.50 | conferring with RS (Rachel Steinback) re: pretrial conference, disco issues | EW | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 9/22/2010 | 5.00 | reviewing complaint and responsive pleadings, documents, Judge Hughes' standing order in prep for pretrial conference | EW | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/22/2010 | 2.50 | Emails with SBL re:  Sr and review Sr. opinion in Texas Court of Criminal Appeals | GH | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/24/2010 | 3.00 | preparing for pretrial conference by reviewing pleadings, disco issues | EW | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/24/2010 | 3.00 | attending pretrial conference | EW | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 10/1/2010 | 0.25 | reviewing order dismissing Walters as defendant | EW | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/9/2010 | 0.50 | t/c  with Elizabeth Wang (EW) and email with JI regarding strategy for responding to forthcoming SJ | GH | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 11/18/2010 | 1.00 | Conf. w/ LW re assisting on SJ response; Reading MSJ reviewing record (including police reports; videos of sniffs; criminal defense file; Pikett deposition; transcripts from criminal trial; complaint and pleadings to date); | DL | Prior to Deputy Johnson's MSJ, vague, unknown if applicable to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/19/2010 | 2.00 | Conf. w/ LW re re response; reviewing record/MSJ; research | DL | Prior to Deputy Johnson's MSJ, vague, unknown if applicable to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/29/2010 | 4.00 | Reading record | DL | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/30/2010 | 5.00 | Reading record | DL | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/1/2010 | 5.00 | Reading record | DL | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/2/2010 | 5.00 | Reading record; research | DL | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 12/3/2010 | 5.00 | Research; outlining issues for SJ response | DL | Vague, prior to Deputy Johnson's MSJ filing and unknown if applicable to all defendants. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 12/6/2010 | 5.00 | Drafting SOF for SJ response | DL | Prior to Deputy Johnson's MSJ filing and total SOF was 119 words which was incorporated by reference. [Junior Doc. 52 at 3]. Vague, unknown if applicable to all defendants. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 12/7/2010 | 5.00 | Drafting SOF for SJ response | DL | Prior to Deputy Johnson's MSJ filing and total SOF was 119 words which was incorporated by reference. [Junior Doc. 52 at 3].Vague, unknown if applicable to all defendants. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 12/8/2010 | 5.00 | Drafting SOF for SJ response | DL | Prior to Deputy Johnson's MSJ filing and total SOF was 119 words which was incorporated by reference. [Junior Doc. 52 at 3]. Vague, unknown if applicable to all defendants. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 12/9/2010 | 5.00 | Research/outlining; strategy session | DL | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 12/13/2010 | 2.00 | Reviewed expert report; discussion re | DL | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 12/21/2010 | 3.00 | Reviewed MTD/SJ by San Jancinto Cty, Rogers &  Johnson; research | DL | San Jacinto County and Rogers are excluded parties with no common core of facts of legal claims asserted with Deputy Johnson, not recoverable. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 1/3/2011 | 0.25 | Email with EW and Debra Loevy (DL) following return from maternity leave about outstanding to do items for summary judgment | GH | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/3/2011 | 3.00 | Review SJ motions that were filed by the Defendants | GH | Vague, unknown if applicable to all defendants with "motions" and "Defendants". | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/4/2011 | 0.25 | t/c  with DL regarding responding to pending SJ | GH | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/4/2011 | 0.25 | Email with EW about getting expert in Winfrey | GH | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/4/2011 | 0.50 | t/c with Steven Nicely, retained as expert | GH | Vague. Applies to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|---------------------|
| 1/4/2011 | 4.00 | Read criminal trial tx in RWJ | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/9/2011 | 5.00 | Drafting SJ response; research re | DL | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 1/10/2011 | 5.00 | Drafting SJ response; research re | DL | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 1/11/2011 | 5.00 | Drafting SJ response; research re | DL | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 1/12/2011 | 5.00 | Drafting SJ response; research re | DL | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 1/13/2011 | 5.00 | Drafting SJ response; research re | DL | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 1/16/2011 | 5.00 | Drafting SJ response; research re | DL | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 1/17/2011 | 5.00 | Drafting SJ response; research re | DL | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 1/18/2011 | 5.00 | Drafting SJ response | DL | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 1/19/2011 | 5.00 | Drafting SJ response | DL | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 1/20/2011 | 5.00 | Drafting SJ response | DL | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 1/21/2011 | 0.50 | email with EW and RS about discovery in case | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 1/21/2011 | 0.50 | email with Steven Nicely about RWJ case and his report | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/22/2011 | 1.00 | review lineup videos for Megan Winfrey's and RWJ case | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/23/2011 | 3.00 | Editing SJ response | DL | Vague, unknown if applicable to all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/23/2011 | 4.00 | Review criminal trial transcripts for RWJ and begin drafting summary judgment response | GH | Vague, unknown if applicable to all defendants. DL already billed 108 hours to drafting the MSJ response. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/24/2011 | 10.00 | review additional documents and draft facts for summary judgment | GH | Vague, unknown if applicable to all defendants. DL already billed 108 hours to drafting the MSJ response (including facts). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/25/2011 | 11.00 | Continue drafting facts for summary judgment response; research legal issues | GH | Vague, unknown if applicable to all defendants. DL already billed 108 hours to drafting the MSJ response. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 1/26/2011 | 0.50 | Reviewed nicely affidavit | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/26/2011 | 8.00 | research legal claims; continue drafting responses | GH | Vague, unknown if applicable to all defendants. DL already billed 108 hours to drafting the MSJ response. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/27/2011 | 3.00 | Incorporating comments/suggestions; final edits to SJ response | DL | Vague, unknown if applicable to all defendants. | Plaintiffs are removing as part of their billing judgment. *See* Brief, Section V. |
| 1/27/2011 | 10.00 | Continue drafting responses to summary judgment | GH | Vague, unknown if applicable to all defendants because "responses". DL already billed 111 hours to drafting the MSJ response. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/28/2011 | 12.00 | Draft Rule 56(d) affidavit, finish writing and editing summary judgment responses and file summary judgment responses | GH | Vague, unknown if applicable to all defendants because "responses". DL already billed 111 hours to drafting the MSJ response. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 2/11/2011 | 3.00 | Read Defendants' replies in support of their summary judgment motions; motion to strike | GH | Vague, unknown if applicable to all defendants with "motions" and "Defendants". | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 2/15/2011 | 3.00 | Draft response to motion to strike; incorporate edits from Russell Ainsworth (RA) | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 2/16/2011 | 0.25 | Finalize and file motion to strike | GH | Clerical work. Time should be reduced for filing. | Work is not clerical when read in context. Moreover, even if clerical, solution is not to reduce time but to bill clerical work of an attorney at the rate for paralegal. *See* Brief, Section IV. |
| 4/8/2011 | 0.25 | Review dismissal; email with EW and JL re: dismissal | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 7/9/2011 | 0.50 | reading opinion and order granting SJ | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 7/9/2011 | 0.50 | Review SJ opinion; dismissal | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 7/23/2011 | 0.50 | t/c with RWJ about dismissal and possible appeal | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 7/28/2011 | 0.25 | Draft and file notice of appeal | GH | Clerical work. Time should be reduced for filing. | Work is not clerical when read in context. Moreover, even if clerical, solution is not to reduce time but to bill clerical work of an attorney at the rate for paralegal. *See* Brief, Section IV. |
| 8/22/2011 | 4.00 | Conf. GH re handling this appeal; began reading through docket | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 8/22/2011 | 0.50 | t/c  with DL about DL handling appeal | GH | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. Winfrey v. San Jacinto Cty., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 8/23/2011 | 4.50 | Reading record | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 8/24/2011 | 4.50 | Reading record | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 8/25/2011 | 4.50 | Reading record | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 8/26/2011 | 4.00 | Reading record | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 8/29/2011 | 2.00 | Reading record | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 8/30/2011 | 4.50 | Drafting SOF | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 8/31/2011 | 4.50 | Drafting SOF | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/1/2011 | 4.50 | Drafting SOF | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 9/2/2011 | 3.00 | Research re legal issues for brief | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/6/2011 | 4.50 | Research re legal issues for brief | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/7/2011 | 4.50 | Drafting opening brief legal arguments/research | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/8/2011 | 4.50 | Drafting opening brief legal arguments/research | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/9/2011 | 3.50 | Drafting opening brief legal arguments/research | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/12/2011 | 4.00 | Drafting opening brief legal arguments/research | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|---------------------|
| 9/13/2011 | 4.50 | Drafting opening brief legal arguments/research | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/14/2011 | 4.50 | Rec'd ROA; incorporated pagination to opening brief; drafted | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/15/2011 | 4.50 | Drafting opening brief | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/16/2011 | 4.00 | Drafting opening brief; conf. w/ GH re strategy | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/19/2011 | 3.00 | Revising and editing opening brief | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/19/2011 | 0.50 | t/c with DL regarding strategy for appeal | GH | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. Winfrey v. San Jacinto Cty., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 9/20/2011 | 4.00 | Rough draft of brief to GH, incorporated edits and revised | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/21/2011 | 3.00 | Review draft and email with DL about suggested edits | GH | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. Winfrey v. San Jacinto Cty., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/23/2011 | 4.00 | Rough draft of brief to JL, incorporated brief and revised | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/26/2011 | 2.00 | Finalized and filed appellant brief and RE's | DL | Clerical work. Time should be reduced for filing. | Work is not clerical when read in context. Moreover, even if clerical, solution is not to reduce time but to bill clerical work of an attorney at the rate for paralegal. *See* Brief, Section IV. |
| 9/26/2011 | 0.50 | emails with DL regarding facts on appeal | GH | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. Winfrey v. San Jacinto Cty., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/26/2011 | 0.50 | helped finalize appellate brief | GH | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. Winfrey v. San Jacinto Cty., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 10/6/2011 | 0.50 | email with RWJ re: case update and media inquiry | GH | Vague. Unknown if related to claims for all defendants. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 10/28/2011 | 3.00 | Reading Fort Bend County appellee brief and RE's filed; research re | DL | Fort Bend County not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 10/31/2011 | 2.50 | Reading San Jacinto appellee brief and RE's filed; research re | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/1/2011 | 4.00 | Drafting reply brief | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/1/2011 | 3.00 | read through appellee's briefs (San Jacinto County, Fort Bend County) | GH | Should be discounted because Fort Bend County not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 11/2/2011 | 4.00 | Drafting reply brief | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 11/3/2011 | 4.00 | Drafting reply brief | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/4/2011 | 3.50 | Drafting reply brief | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/14/2011 | 3.00 | Reading Duff and Huff appellee brief RE's filed; research re | DL | Duff and Huff are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 11/15/2011 | 2.00 | Drafting reply brief, adding in Duff and Huff reply; editing reply | DL | Duff and Huff are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 11/15/2011 | 1.00 | read through Huff/Duff appellate brief | GH | Duff and Huff are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 11/21/2011 | 4.00 | Drafting reply brief, adding in Duff and Huff reply; editing reply | DL | Duff and Huff are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 11/22/2011 | 4.00 | Sent draft of reply to GH and JL; incorporated edits and suggestions; research; drafting reply | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/22/2011 | 2.00 | Review draft reply and email edits to DL | GH | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. Winfrey v. San Jacinto Cty., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/28/2011 | 2.00 | Edited and finalized and reply brief | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/28/2011 | 1.00 | Review draft reply and make additional edits | GH | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. Winfrey v. San Jacinto Cty., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/3/2011 | 0.25 | emails with RWJ re:  update and media article | GH | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. Winfrey v. San Jacinto Cty., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 4/20/2012 | 0.50 | emails with RWJ re:  update on case | GH | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. Winfrey v. San Jacinto Cty., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|---------------------|
| 5/25/2012 | 5.00 | Reviewing briefs and case law; checking for updated authority; prepping for oral argument | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 5/29/2012 | 4.00 | Prepping for oral argument | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 5/30/2012 | 5.00 | Prepping for oral argument | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 5/31/2012 | 5.00 | Prepping and mooting oral argument | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 6/3/2012 | 6.00 | Practicing argument | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 6/4/2012 | 2.00 | Oral argument/time at court awaiting argument | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 6/6/2012 | 1.00 | Researching/drafting motion for SOJ on remand | DL | Vague. Remand was for Sherriff Rogers too, not only Deputy Johnson. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 7/12/2012 | 0.50 | Reading 5th Circuit decision | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 8/8/2012 | 0.50 | Bill of costs review/Objection to appellee's bill of costs | DL | Vague. Appeal related to dismissal of claims against all defendants, not only Deputy Johnson. *Winfrey v. San Jacinto Cty* ., 481 F. App'x 969 (5th Cir. 2012). | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 9/20/2012 | 0.50 | conferring with EW, JL and RS about discovery to-dos & settlement demand letter | GH | Settlement was with Fort Bend County and Deputy Pikett, not Deputy Johnson. | Settlement demand was global demand. Hours are recoverable because claims share common core and legal theories. *See* Brief, Section I. |
| 9/20/2012 | 0.50 | conferring with Gayle Horn (GH), Jon Loevy (JL), RS about discovery to-dos & settlement demand letter | EW | Settlement was with Fort Bend County and Deputy Pikett, not Deputy Johnson. | Settlement demand was global demand. Hours are recoverable because claims share common core and legal theories. *See* Brief, Section I. |
| 10/5/2012 | 1.00 | read appellate opinion in RWJ; confer with EW about settlement demand and items to ask for in discovery | GH | Settlement was with Fort Bend County and Deputy Pikett, not Deputy Johnson. | Settlement demand was global demand. Hours are recoverable because claims share common core and legal theories. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 10/5/2012 | 0.50 | conferring with GH about settlement demand and items to ask for in discovery | EW | Settlement was with Fort Bend County and Deputy Pikett, not Deputy Johnson. | Settlement demand was global demand. Hours are recoverable because claims share common core and legal theories. *See* Brief, Section I. |
| 10/17/2012 | 0.25 | conferring with GH about settlement demand and discovery | GH | Settlement was with Fort Bend County and Deputy Pikett, not Deputy Johnson. | Settlement demand was global demand. Hours are recoverable because claims share common core and legal theories. *See* Brief, Section I. |
| 10/17/2012 | 0.25 | conferring with GH about settlement demand and discovery | EW | Settlement was with Fort Bend County and Deputy Pikett, not Deputy Johnson. | Settlement demand was global demand. Hours are recoverable because claims share common core and legal theories. *See* Brief, Section I. |
| 11/5/2012 | 0.25 | conferring with EW about settlement demand | GH | Settlement was with Fort Bend County and Deputy Pikett, not Deputy Johnson. | Settlement demand was global demand. Hours are recoverable because claims share common core and legal theories. *See* Brief, Section I. |
| 11/5/2012 | 0.50 | conferring with GH about settlement demand, calling Rex Easley again, emailing colleague re: thoughts on settlement demand in texas | EW | Settlement was with Fort Bend County and Deputy Pikett, not Deputy Johnson. | Settlement demand was global demand. Hours are recoverable because claims share common core and legal theories. *See* Brief, Section I. |
| 11/6/2012 | 0.25 | corresponding with EW about RWJ contact info, settlement demand | GH | Settlement was with Fort Bend County and Deputy Pikett, not Deputy Johnson. | Settlement demand was global demand. Hours are recoverable because claims share common core and legal theories. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 11/6/2012 | 0.50 | t/c  with RWJ re:  case and settlement demand | GH | Settlement was with Fort Bend County and Deputy Pikett, not Deputy Johnson. | Settlement demand was global demand. Hours are recoverable because claims share common core and legal theories. *See* Brief, Section I. |
| 11/6/2012 | 0.25 | corresponding with GH about richie contact info, settlement demand | EW | Settlement was with Fort Bend County and Deputy Pikett, not Deputy Johnson. | Settlement demand was global demand. Hours are recoverable because claims share common core and legal theories. *See* Brief, Section I. |
| 11/7/2012 | 0.75 | t/c  with GH about joint discovery plan, Rule 26f conference, status hearing on 12/5 and consent to magistrate for trial, reading & responding to Jim Price's email | EW | Vague. Could apply to multiple defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/7/2012 | 0.25 | review email from Jim Price; t/c  with EW about JDCMP and referral | GH | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/8/2012 | 0.25 | reviewing letter re: consent to magistrate, sending signed one back to Jim Price (counsel for Johnson and Rogers) | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/9/2012 | 0.25 | reviewing disclosure statement filed by Rogers & Johnson, reviewing FRCP 7.1 | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 11/12/2012 | 2.00 | reviewing draft JDCMP, editing JDCMP | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/12/2012 | 2.00 | reviewing pleadings and disco to edit JDCMP | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/12/2012 | 2.25 | reviewing docs to prepare initial disclosures | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/13/2012 | 2.50 | reviewing docs to prepare initial disclosures | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/14/2012 | 0.25 | conferring with GH about initial disclosures, JDCMP | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/14/2012 | 0.25 | conferring with EW about initial disclosures, JDCMP | GH | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 11/15/2012 | 0.25 | corresponding with opp counsel about JDCMP | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/15/2012 | 1.25 | telephonic Rule 26(f) conference | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/15/2012 | 2.50 | reviewing docs for initial disclosures, writing initial disclosures, reviewing appeal brief of Rogers &  Johnson to see what they said about affidavit for warrant on Jr. | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/15/2012 | 0.50 | drafting Rule 7.1 disclosure, conferring with GH | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/15/2012 | 0.25 | emails with EW and review LR 7.1 disclosure | GH | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/16/2012 | 1.00 | revising JDCMP, corresponding with opp counsel about JDCMP | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 12/4/2012 | 1.00 | researching/reading mag judge's opinions on disco | EW | Vague. Could apply to dismissed defendant Sheriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/12/2012 | 0.75 | review Plaintiffs' initial disclosures; review Defendants' initial disclosures; confer with EW re: initial disclosures | GH | Vague, unknown if applicable to all defendants with "Defendants". | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/13/2012 | 0.50 | t/c with Morse re: getting copies of docs | EW | Vague. Could apply to dismissed defendant Sheriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/17/2012 | 2.50 | writing interrogatories and doc requests to defs | EW | Vague. Could apply to dismissed defendant Sheriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/17/2012 | 0.25 | t/c with secretary to Jim Price re: mot ext on disco briefs | EW | Vague. Could apply to dismissed defendant Sheriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/17/2012 | 0.25 | emailing GH draft disco, updating GH about disco brief ext | EW | Vague. Could apply to dismissed defendant Sheriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 12/17/2012 | 0.25 | emailing EW draft disco, updating EW about disco brief ext | GH | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/19/2012 | 1.00 | review and edit Plaintiffs' initial discovery reaquests | GH | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/20/2012 | 4.00 | writing interrogatories and doc requests to defs | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/30/2012 | 7.00 | writing discovery brief, researching case law | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/31/2012 | 1.00 | reviewing, implementing edits to brief from GH | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/1/2013 | 1.00 | Review, edit and confer with EW re: discovery brief | GH | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 1/7/2013 | 0.25 | conferring with GH about Rogers and Johnsons' brief and response | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/7/2013 | 0.25 | conferring with EW about Rogers and Johnson's brief and response | GH | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/9/2013 | 0.25 | drafting dep notice to Defs, sending out to Defs Pikett, Rogers and Johnson | EW | Pikett is an excluded party, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 1/11/2013 | 1.50 | reviewing discovery brief filed by Defs, preparing response, reviewing trial transcripts | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 1/14/2013 | 4.50 | writing response brief to Defs' motion to limit and conduct discovery in stages | EW | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 1/14/2013 | 0.25 | corresponding with counsel for Huff and Duff on whether she will accept service of dep subpoenas | EW | Duff and Huff are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 1/15/2013 | 0.25 | edit EW briefs | GH | Vague. Could apply to multiple defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 1/15/2013 | 1.00 | reviewing GH edits, finalizing and revising brief and filing | EW | Clerical work. Time should be reduced for filing. | Work is not clerical when read in context. Moreover, even if clerical, solution is not to reduce time but to bill clerical work of an attorney at the rate for paralegal. *See* Brief, Section IV. |
| 1/17/2013 | 0.25 | confer with EW about Plaintiff's response to Pikett rogs | GH | Pikett is an excluded party, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 1/22/2013 | 0.25 | responding to Price's e-mail about extension on discovery | EW | Vague. Could apply to multiple defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 1/23/2013 | 0.25 | conferring with EW about Pikett's protective order | GH | Pikett is an excluded party, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 1/25/2013 | 0.25 | review Plaintiffs' responses to Pikett's interrogatories; confer with EW about responses | GH | Pikett is an excluded party, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 2/6/2013 | 0.50 | Review Rogers' and Johnson's responses to  Plaintiff's interrogatories | GH | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 2/13/2013 | 0.50 | Review documents produced by Rogers and Johnson | GH | Vague. Could apply to dismissed defendant Sherriff Rogers, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 2/20/2013 | 0.25 | writing dep subpoenas for  Huff and Duff | EW | Duff and Huff are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See*  Brief, Section I. |
| 3/1/2013 | 0.25 | conferring with GH about Jason King | EW | Vague. Could apply to multiple defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 3/1/2013 | 0.25 | conferring with EW about Jason King | GH | Vague. Could apply to multiple defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 3/3/2013 | 4.75 | reviewing docs produced by Pikett, preparing for Pikett dep | EW | Pikett is an excluded party, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See*  Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 3/5/2013 | 3.00 | preparing for Pikett dep; reviewing docs produced by Pikett, preparing outline | EW | Pikett is an excluded party, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 3/12/2013 | 0.25 | emailing with Molinare about Huff and Duff start times | EW | Duff and Huff are excluded parties, not recoverable. Have not proved deposition was necessary. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Huff and Duff were trial witnesses and their depositions were used to prepare their |
| 3/14/2013 | 0.25 | emailing with GH about discovery to dos | EW | Vague. Could apply to multiple defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 3/15/2013 | 3.25 | prepping for Huff and Duff deps by reviewing documents and preparing outlines | EW | Duff and Huff are excluded parties, not recoverable. Have not proved deposition was necessary. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Huff and Duff were trial witnesses and their depositions were used to prepare their |
| 3/17/2013 | 2.00 | reviewing documents for Rogers, Duff, Huff, and Johnson deps | EW | Duff and Huff are excluded parties, not recoverable. Have not proved deposition was necessary. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Huff and Duff were trial witnesses and their depositions were used to prepare their |
| 3/19/2013 | 0.25 | emailing with Shanna Molinare about deps of Huff and Duff | EW | Duff and Huff are excluded parties, not recoverable. Have not proved deposition was necessary. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Huff and Duff were trial witnesses and their depositions were used to prepare their |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 3/20/2013 | 5.00 | preparing for Johnson and Rogers deps by reviewing documents and preparing outlines | EW | Vague. Could apply to dismissed defendant Sheriff Rogers, not just Deputy Johnson and the only successful claim. Have not proved deposition was necessary. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Johnson was the Defendant in this case and both he and Rogers testified at trial. Their |
| 3/21/2013 | 1.25 | preparing for Rogers dep by reviewing documents and preparing outlines, reviewing notes from Johnson dep | EW | Vague. Could apply to dismissed defendant Sheriff Rogers, not just Deputy Johnson and the only successful claim. Have not proved deposition was necessary for use in successful | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Johnson was the Defendant in this case and both he and Rogers testified at trial. Their |
| 3/22/2013 | 7.00 | deposing Rogers | EW | Vague. Could apply to dismissed defendant Sheriff Rogers, not just Deputy Johnson and the only successful claim. Have not proved deposition was necessary for use in successful | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Johnson was the Defendant in this case and both he and Rogers testified at trial. Their |
| 3/22/2013 | 0.50 | conferring with GH about deposing the other asst Das | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Johnson's defense was that a D.A. wrote his arrest-warrant affidavit, and depositions of the |
| 3/22/2013 | 0.50 | conferring with EW about deposing the other asst DAs | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Johnson's defense was that a D.A. wrote his arrest-warrant affidavit, and depositions of the |
| 3/27/2013 | 0.50 | t/c  with Shanna Molinare about deps of Huff and Duff and analysts | EW | Duff and Huff are excluded parties, not recoverable. Have not proved deposition was necessary. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Huff and Duff were trial witnesses and their depositions were used to prepare their |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 4/10/2013 | 0.75 | drafting subpoenas to Huff, Duff, Rangers, the forensic analysts | EW | Duff and Huff are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 4/19/2013 | 0.25 | t/c with GH about discovery issues, persons to depose | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. This entry does not specify any particular "deposition" that was necessary but instead a strategy |
| 4/19/2013 | 0.25 | t/c with EW about discovery issues, persons to depose | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. This entry does not specify any particular "deposition" that was necessary but instead a strategy |
| 4/23/2013 | 0.25 | conferring with EW re: witnesses to speak with, discovery strategy and depositions left | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. This entry does not specify any particular "deposition" that was necessary but instead a strategy |
| 4/23/2013 | 0.75 | research on witnesses Jessup, Robertson, Gladden, Hammond, Tracy Brown | EW | Tracy Brown and Hammond are not applicable to the successful claim against Deputy Johnson. | Entry describes more than the Brown and Hammond but also Ms. Winfrey's teachers, who were discussed in Johnson's arrest-warrant affidavits. Development of evidence about Brown and Hammond is |
| 4/23/2013 | 0.50 | t/c with investigator Mort Smith re: visits to Campbell, Daigle, King, Brown, and Hammond | EW | Brown and Hammond are not applicable to the successful claim against Deputy Johnson. | Entry describes more than the Brown and Hammond but also Campbell, who was discussed in Johnson's arrest-warrant affidavits, and King and Daigle. Development of evidence about Brown and |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 4/26/2013 | 0.50 | drafting subpoena duces tecum to SJC Criminal DA office | EW | San Jacinto County is an excluded party with no common core of facts of legal claims asserted with Deputy Johnson, not recoverable. | Subpoena was to D.A.'s Office for criminal file, not for documents related to claim against SJC. Additioanlly, claims share common core and legal theories and therefore hours are not severable. See |
| 4/29/2013 | 5.00 | prep for Duff, Huff, and forensic analyst deps (Freeman, Stasicha, McWhorter), by reviewing documents and prior testimony and preparing outline | EW | Duff and Huff are excluded parties, not recoverable. Have not proved deposition was necessary. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Huff and Duff were trial witnesses and their depositions were used to prepare their |
| 4/30/2013 | 1.00 | conferring with GH about discovery strategy, deps left to do | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. This entry does not specify any particular "deposition" that was necessary but instead a strategy |
| 4/30/2013 | 1.00 | conferring with EW about discovery strategy, deps left to do | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. This entry does not specify any particular "deposition" that was necessary but instead a strategy |
| 4/30/2013 | 1.00 | preparing for Huff dep by reviewing documents, preparing outline | EW | Duff and Huff are excluded parties, not recoverable. Have not proved deposition was necessary. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Huff and Duff were trial witnesses and their depositions were used to prepare their |
| 4/30/2013 | 1.00 | preparing for Duff dep by reviewing documents | EW | Duff and Huff are excluded parties, not recoverable. Have not proved deposition was necessary. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Duff was a trial witness and his deposition was used to prepare his examination. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 4/30/2013 | 6.50 | taking deps of Huff and Freeman | EW | Duff and Huff are excluded parties, not recoverable. Have not proved deposition was necessary. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Huff was a trial witness and his deposition was used to prepare his examination. In addition, Huff's |
| 5/1/2013 | 1.25 | taking dep of Stasicha | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Stasicha conducted the forensic analysis of the evidence that Defendant Johnson submitted |
| 5/1/2013 | 1.00 | taking dep of Mcwhorter | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. McWhorter conducted the forensic analysis of the evidence that Defendant Johnson submitted |
| 5/1/2013 | 3.50 | taking dep of Duff | EW | Duff and Huff are excluded parties, not recoverable. Have not proved deposition was necessary. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Duff was a trial witness and his deposition was used to prepare his examination. |
| 5/6/2013 | 0.50 | reviewing Pikett documents on dog scent lineups, emailing paralegal about compiling list of cases for  sending out subpoena duces tecum | EW | Pikett is an excluded party, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 5/12/2013 | 0.50 | reviewing SJCSheriff's Office objections and response to subpoena duces tecum | EW | San Jacinto County is an excluded party with no common core of facts of legal claims asserted with Deputy Johnson, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 5/13/2013 | 0.25 | emailing with ME about review of Pikett docs for subpoenas | EW | Pikett is an excluded party, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 5/14/2013 | 1.00 | writing letter to Price regarding depositions | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Johnson was the Defendant in this case and both he and Rogers testified at trial. Their |
| 5/14/2013 | 0.50 | drafting subpoenas for deps of Asst DAs, Neyland, the SJC clerks/assts | EW | San Jacinto County is an excluded party with no common core of facts of legal claims asserted with Deputy Johnson, not recoverable. | Discovery described in this entry is related to the claim against Defendant Johnson. It includes deposition subpoenas of the ADAs and clerks to rebut Defendant Johnson's defense that (a) he did not receive certain |
| 5/14/2013 | 0.25 | conferring with paralegal about Christopher Hammond current address | EW | Hammond is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown and Hammond is part of the same common core as claim against Johnson and therefore hours are not severable. See Brief, Section I. |
| 5/20/2013 | 0.25 | drafting unopposed motion for production of documents pursuant to subpoena to SJC district clerk | EW | San Jacinto County is an excluded party with no common core of facts of legal claims asserted with Deputy Johnson, not recoverable. | Discovery described in this entry is related to the claim against Defendant Johnson, including attempt to locate arrest-warrant affidavit of Richard Winfrey, Jr. To the extent the discovery related to the claim |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 5/29/2013 | 0.25 | confer with EW; review Petix's affidavit | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. This is particularly true for this entry which relates to an affidavit by an ADA, Jonathan Petix, to rebut Johnson's allegation that the DA wrote the arrest-warrant affidavits. Description is sufficient for Court to conduct meaningful review. See Brief, |
| 6/19/2013 | 0.25 | emailing with Price and Morse about Tracy Brown dep | EW | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as claim against Johnson and therefore hours are not severable. See Brief, Section I. |
| 6/19/2013 | 0.25 | t/c  with Tracy Brown about deposition date | EW | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as claim against Johnson and therefore hours are not severable. See Brief, Section I. |
| 6/20/2013 | 1.00 | conferring with summer intern about research on TTCA | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 6/21/2013 | 1.50 | taking dep of Gladden | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Ms. Gladden was one of Ms. Winfrey's teachers, who was discussed in Johnson's arrest-warrant affidavits. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 6/21/2013 | 0.75 | preparing for dep of Gladden by reviewing documents | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Ms. Gladden was one of Ms. Winfrey's teachers, who was discussed in Johnson's |
| 6/21/2013 | 2.00 | taking dep of Neyland | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Chief Neyland was a police officer who responded to the scene of the Murray Burr murder; as such, he had knowledge of the police investigation and of the inconsistencies between Campbell's story and the crime scene. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 6/21/2013 | 0.75 | preparing for dep of Neyland by reviewing documents | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Chief Neyland was a police officer who responded to the scene of the Murray Burr murder; as such, he had knowledge of the police investigation and of the inconsistencies between Campbell's story and the crime scene. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 6/24/2013 | 0.25 | conferring with EW about scheduliing of depositions of Winfreys and Brown | GH | Brown is not applicable to the successful claim against Deputy Johnson. Reduce time accordingly. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 6/24/2013 | 0.25 | emailing with Morse and Price about rescheduling of depositions | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Morse was Keith Pikett's attorney and Jim Price was Sheriff Rogers, Defendant Johnson and |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|---------------------|
| 6/24/2013 | 0.25 | conferring with GH about scheduliing of depositions of Winfreys and Brown | EW | Brown is not applicable to the successful claim against Deputy Johnson. Reduce time accordingly. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. The depositions to be schedued were of the Plaintiffs, which were necessary in this case and noticed by the Defendants. Development of evidence about Brown is part of the same common core as claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 6/25/2013 | 0.25 | emailing with Morse and Price about rescheduling of depositions | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Morse was Keith Pikett's attorney and Jim Price was Sheriff Rogers, D+1283efendant Johnson and SJC's attorney.The depositions to be reschedued were of the Plaintiffs, which were necessary in this case and noticed by the Defendants. Description is sufficient for Court to conduct meaningful review. *See* |
| 6/26/2013 | 0.50 | emailing with Morse and Price about discovery extension and dep dates | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 7/8/2013 | 0.25 | t/c with Richard Winfrey Sr about Tracy Brown | EW | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 7/8/2013 | 0.50 | t/c with Debbie Winfrey about Tracy Brown | EW | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 7/9/2013 | 0.25 | conferring with EW about timing of deps of Tracy Brown and docs to subpoena from her | GH | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 7/9/2013 | 2.00 | reviewing documents produced by Texas Rangers | EW | Duff and Huff are excluded parties, not recoverable. | At this juncture, Huff and Duff were not parties to the litigation. As such, the documents produced by the Texas Rangers related to the investigation into the murder of Murray Burr, the subject of this lawsuit, |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 7/9/2013 | 0.25 | conferring with GH about timing of deps of Tracy Brown and docs to subpoena from her | EW | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 7/10/2013 | 3.25 | reviewing Tracy Brown financial docs, taking notes | EW | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 7/11/2013 | 0.25 | Review rider for Tracy Brown subponea | GH | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|---------------------|
| 7/11/2013 | 2.75 | reviewing Tracy Brown financial docs & trial testimony, taking notes | EW | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 7/11/2013 | 0.50 | writing subpoena rider to Tracy Brown | EW | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 7/15/2013 | 0.50 | preparing files to hand over before maternity leave | EW | Clerical work. | Plaintiffs are reducing the billing rate on this clerical work to the $125/hour rate for a paralegal. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 7/22/2013 | 0.25 | e-mailing Morse about dep dates, mediation dates | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. This entry does not specify any particular "deposition" that was necessary but instead a call about scheduling depositions in this case. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 7/22/2013 | 0.25 | t/c  with GH about mediation, dep dates | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. This entry does not specify any particular "deposition" that was necessary but instead a call about |
| 7/22/2013 | 0.25 | email and t/c  with EW about mediation, deposition dates | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. This entry does not specify any particular "deposition" that was necessary but instead a call about scheduling depositions in this case. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 7/23/2013 | 0.25 | writing emails to Morse and Helfand about dep dates, mediation date | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that depositions discussed were necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. This entry does not specify any particular "deposition" that was necessary but instead a call about scheduling depositions in this case. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 7/25/2013 | 2.25 | reading Tracy Brown's motions to quash and writing response to the motions | EW | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 7/26/2013 | 1.00 | reviewing court's orders, drafting another motion for disco extension, conferring with GH about dep dates | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. | Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 7/26/2013 | 2.75 | reviewing docs produced by police depts in response to subpoenas, docs produced by Rangers, docs produced by the SJC CDA | EW | Duff and Huff are excluded parties, not recoverable. | At this juncture, Huff and Duff were not parties to the litigation. As such, the documents produced by the Texas Rangers--as well as the other police departments and in response to Plaintiff's subpoena--related to the investigation into the murder of Murray Burr, the subject of this lawsuit, and not to the liability of Huff or Duff. Regardless, claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 8/9/2013 | 0.25 | corresponding with Shirley Lobel about Mike Brown interview | EW | Mike Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 8/15/2013 | 0.25 | review EW memo on Mike Brown | GH | Mike Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 8/15/2013 | 1.25 | t/c with Shirley Baccus-Lobel about Mike Brown interview, writing memo to GH and emailing GH | EW | Mike Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 8/19/2013 | 0.50 | writing new letter to Tracy Brown's atty Burroughs re: dep date and doc subpoena | EW | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 9/10/2013 | 0.25 | email with Richard Burroughs regarding deposition of Tracy Brown | GH | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 9/12/2013 | 0.50 | review and edit draft settlement agreement with Pikett | GH | Pikett is an excluded party, not recoverable. | Plaintiffs are removing as part of their billing judgment. See Brief, Section V. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|---------------------|
| 9/13/2013 | 0.50 | emails with Amy Boehm and Richard Burroughs regarding scheduling Tracy Brown deposition | GH | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 9/17/2013 | 1.00 | Draft and disclose supplemental Rule 26(a)(1) disclosures; emails with Norman Giles and Bill Helfand re: Rule 26(a)(1) disclosures; draft motion to compel Tracy Brown deposition | GH | Tracy Brown is not applicable to the successful claim against Deputy Johnson. Reduce time accordingly. | Disclosures and emails did not include Brown. With regard to Brown's deposition, development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not |
| 9/19/2013 | 1.50 | Draft responses to Defendants' interrogatories | GH | Vague, unknown if applicable to all defendants with "Defendants". | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|---------------------|
| 9/20/2013 | 0.25 | review voicemail and follow-up with opposing counsel regarding the deposition of Tracy Brown | GH | Tracy Brown is not applicable to the successful claim against Deputy Johnson. Reduce time accordingly. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 9/24/2013 | 1.50 | review Tracy Brown testimony at Winfrey trials and Brown documents | GH | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 9/25/2013 | 2.00 | Prepare for  Brown deposition | GH | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |
| 9/26/2013 | 2.00 | Prepare and take Brown deposition | GH | Tracy Brown is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Brown is part of the same common core as the claim against Johnson and therefore hours are not severable. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 9/27/2013 | 0.50 | Draft and file motion to withdraw motion to compel | GH | Clerical work. Time should be reduced for filing. | Work is not clerical when read in context. Moreover, even if clerical, solution is not to reduce time but to bill clerical work of an attorney at the rate for paralegal. *See* Brief, Section IV. |
| 1/20/2014 | 0.25 | conferring with GH about Megan's teacher's dep testimony | EW | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Megan's teachers and the information they allegedly communicated to the police were |
| 1/20/2014 | 0.25 | conferring with EW about Megan's teacher's dep testimony | GH | Vague. Could apply to all defendants, not just Deputy Johnson and the only successful claim. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Megan's teachers and the information they allegedly communicated to the police were |
| 2/3/2014 | 3.25 | drafting complaint | EW | Vague. Unknown if related to claims for all defendants. | Drafting Complaint for Plaintiff Megan Winfrey against Defendants Johnson, Rogers, and Pikett along with their respective municipalities. Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient |
| 2/4/2014 | 2.50 | review Megan Winfrey draft Complaint and confer with EW re: draft | GH | Vague. Unknown if related to claims for all defendants. | Drafting Complaint for Plaintiff Megan Winfrey against Defendants Johnson, Rogers, and Pikett along with their respective municipalities. Claims share common core and legal theories and |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|---------------------|
| 2/17/2014 | 6.00 | researching potential federal claims (due process and 4th Ad), researching SOL on state law claims, reading cases, drafting complaint | EW | Vague. Unknown if related to claims for all defendants. | Drafting Complaint for Plaintiff Megan Winfrey against Defendants Johnson, Rogers, and Pikett along with their respective municipalities. Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 2/18/2014 | 0.75 | drafting complaint | EW | Vague. Unknown if related to claims for all defendants. | Drafting Complaint for Plaintiff Megan Winfrey against Defendants Johnson, Rogers, and Pikett along with their respective municipalities. Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 2/20/2014 | 1.50 | editing complaint | EW | Vague. Unknown if related to claims for all defendants. | Drafting Complaint for Plaintiff Megan Winfrey against Defendants Johnson, Rogers, and Pikett along with their respective municipalities. Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 2/20/2014 | 0.50 | t/c with client about complaint | EW | Vague. Unknown if related to claims for all defendants. | Drafting Complaint for Plaintiff Megan Winfrey against Defendants Johnson, Rogers, and Pikett along with their respective municipalities. Claims share common core and legal theories and |
| 2/21/2014 | 1.00 | editing complaint | EW | Vague. Unknown if related to claims for all defendants. | Drafting Complaint for Plaintiff Megan Winfrey against Defendants Johnson, Rogers, and Pikett along with their respective municipalities. Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 3/6/2014 | 0.50 | emailing Norman Giles the waivers of service for  Rogers and Johnson and asking about waivers for Clark and County | EW | Should be discounted because Rogers and San Jacinto County not recoverable. | Service for Complaint for Plaintiff Megan Winfrey against Defendants Johnson, Rogers, and Pikett along with their respective municipalities. Claims share common core and legal theories and |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 4/16/2014 | 0.50 | read draft Second Amended Complaint | GH | Vague. Unknown if related to claims for all defendants. | Edited Second Amended Complaint for Megan Winfrey's case. Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 4/17/2014 | 0.25 | reading SJC (San Jacinto County) Defs' MTD on SOL | EW | Rogers and San Jacinto County are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 4/17/2014 | 0.50 | reading SJC Defs' MTD on SOL | EW | San Jacinto County is an excluded party with no common core of facts of legal claims asserted with Deputy Johnson, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 6/11/2014 | 4.50 | writing motion to bar Pikett | EW | Pikett and Fort Bend County are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/20/2014 | 0.50 | confer with EW and JL about defendants' motions for summary judgment | GH | Vague, unknown if applicable to all defendants with "motions". | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/21/2014 | 0.50 | confer with EW about pending motions for summary judgment | GH | Vague, unknown if applicable to all defendants with "motions". | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 11/21/2014 | 2.00 | Review defendants' motions for summary judgment | GH | Vague, unknown if applicable to all defendants with "motions" and "Defendants". | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |
| 12/29/2014 | 2.00 | Read summary judgment motions | GH | Vague, unknown if applicable to all defendants with "motions". | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. Description is sufficient for Court to conduct meaningful review. *See* Brief, Section III. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 12/29/2014 | 3.00 | exhibit pulling and preparation for summary judgment response summary judgment response proofreading, editing toe and toa, and filing | LL | Clerical work. Time should be reduced for filing. | Work is not clerical when read in context. *See* Brief, Section IV. |
| 1/6/2015 | 0.25 | reading SJC defs' objections to exhibits in opp to SJ | EW | San Jacinto County is an excluded party with no common core of facts of legal claims asserted with Deputy Johnson, not recoverable. | SJC, Rogers and Johnson filed a joint MSJ. (Doc. 62). Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 1/16/2015 | 1.00 | writing response to SJC defs' objections to exhibits in opp to SJ | EW | San Jacinto County is an excluded party with no common core of facts of legal claims asserted with Deputy Johnson, not recoverable. | SJC, Rogers and Johnson filed a joint MSJ. (Doc. 62). Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct |
| 9/28/2015 | 0.50 | conferring with EW about whether to amend complaint to include Rangers; listen to recorded message regarding Jason King | GH | Duff and Huff are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 9/28/2015 | 0.50 | conferring with GH about whether to amend complaint to include Rangers | EW | Duff and Huff are excluded parties, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 10/1/2015 | 0.25 | writing letter to opp counsel with disclosure of recorded phone call between Winfrey and King and also Pikett's personnel records | EW | Pikett is an excluded party, not recoverable. | With respect to Pikett, claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. |
| 2/10/2017 | 0.50 | reviewing Pikett's appeal brief | GH | Pikett is an excluded party, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 2/28/2017 | 1.00 | edit DL brief in Pikett appeal in MW case | GH | Pikett is an excluded party, not recoverable. | Claims share common core and legal theories and therefore hours are not severable. *See* Brief, Section I. |
| 3/29/2017 | 1.00 | printing and compiling paper briefs for 5th circuit appeal | LL | Clerical work. | Plaintiffs are removing as part of their billing judgment and as clerical work. See Brief, Sections IV, V. |
| 4/18/2017 | 1.00 | printing and compiling paper briefs for 5th circuit appeal | LL | Clerical work. | Plaintiffs are removing as part of their billing judgment and as clerical work. See Brief, Sections IV, V. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 12/20/2017 | 0.75 | writing motion for entry of final judgment; researching final judgment, since Pikett has been settled | EW | Pikett and Fort Bend County are excluded parties, not recoverable. | Plaintiffs are removing as part of their billing judgment. See Brief, Section V. |
| 5/2/2018 | 3.00 | assemble and print record excerpts for Megan Winfrey 5th Circuit appeal brief | LL | Clerical work. | Plaintiffs are removing as part of their billing judgment and as clerical work. See Brief, Sections IV, V. |
| 6/25/2018 | 2.00 | print and assemble paper copies for Megan Winfrey reply brief | LL | Clerical work. | Plaintiffs are removing as part of their billing judgment and as clerical work. See Brief, Sections IV, V. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|---------------------|
| 10/22/2019 | 0.25 | t/c with Shanna Molinare about trial subpoenas for Rangers and TOPS witnesses | EW | Duff and Huff are excluded parties, not recoverable. Not related to Campbell interview and arrest affidavit. | Entry is related to trial subpoenas for witnesses who testified at trial, including Huff and Duff. Plaintiffs are entitled to recover hours spent preparing for trial. |
| 10/24/2019 | 0.25 | listening to recorded interview of Megan with Huff, in prep for dep | EW | Duff and Huff are excluded parties, not recoverable. | Entry is related to preparation for Megan Winfrey's deposition--not claims against Huff or Duff (who had long been dismissed as Defendants in Richard Winfrey's case and were never even sued in Megan |
| 12/30/2019 | 0.50 | print and send depositions to Richard Winfrey, Jr. and Megan Winfrey | AG | Clerical work. | Plaintiffs are removing as part of their billing judgment and as clerical work. See Brief, Sections IV, V. |
| 1/2/2020 | 3.50 | pull docs for Trial exhbits, pull docs fot Trial exhibits and exhibits for MIL | BS | Clerical work. | Work is not clerical when read in context. See Brief, Section IV. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 1/3/2020 | 8.75 | stamp all exhibits, file MILs | BS | Clerical work. | Plaintiffs are removing as part of their billing judgment and as clerical work. See Brief, Sections IV, V. |
| 1/6/2020 | 0.25 | confer with EW and AG about hotel for trial; confer with EW and AG about death of Kirby Cowles | GH | Clerical work. Hotel. | Plaintiffs are reducing the billing rate on this clerical work to the $125/hour rate for a paralegal. |
| 1/6/2020 | 0.50 | confer with EW and GH about hotel for trial, research possible locations | AG | Clerical work. | Plaintiffs are removing as part of their billing judgment and as clerical work. See Brief, Sections IV, V. |
| 1/6/2020 | 0.50 | download docket for Winfrey pretrial filings | AG | Clerical work. | Plaintiffs are removing as part of their billing judgment and as clerical work. See Brief, Sections IV, V. |
| 1/7/2020 | 0.25 | pull and print MILs for trial | BS | Clerical work. | Plaintiffs are removing as part of their billing judgment and as clerical work. See Brief, Sections IV, V. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 1/7/2020 | 1.00 | redacting trial exhibits | BS | Clerical work. | Work is not clerical when read in context. See Brief, Section IV. |
| 1/8/2020 | 1.75 | redacting trial exhibits | BS | Clerical work. | Work is not clerical when read in context. See Brief, Section IV. |
| 1/14/2020 | 0.25 | t/c  with Seth Dennis at OAG about crime lab witnesses, Huff and Duff | EW | Duff and Huff are excluded parties, not recoverable. | Entry is related to trial subpoenas for witnesses who testified at trial, including Huff and Duff. Plaintiffs are entitled to recover hours spent preparing for trial. |
| 1/14/2020 | 0.25 | conferring with Mary Cablk about availability for trial; possible dep in lieu of testimony due to-scheduling | EW | Vague. Cablk is canine scent export. Have not proven that deposition was necessary for use in case on successful claim. | Claims share common core and legal theories and therefore hours are not severable. See Brief, Section I. Description is sufficient for Court to conduct meaningful review. See Brief, Section III. |
| 1/17/2020 | 0.50 | reviewing summary of audio of Ranger interview with Megan | EW | Duff and Huff are excluded parties, not recoverable. Not related to Campbell interview and arrest affidavit. | Entry is related to preparation for Huff, Duff and Plaintiffs' trial testimony. Each of Huff, Duff, Megan Winfrey and Richard Winfrey, Jr. testified at trial, including about the Ranger interview of Megan Winfrey, and Plaintiffs are entitled to compensation for reasonable hours |
| 1/21/2020 | 4.00 | review and redact exhibits | AG | Clerical work. | Work is not clerical when read in context. See Brief, Section IV. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|
| 1/21/2020 | 1.00 | pull exhibits, proof and file Plaintiff's Motion to Supplement Motion to Bar Glass | LL | Clerical work. Time should be reduced for filing. | Work is not clerical when read in context. See Brief, Section IV. |
| 1/23/2020 | 1.00 | redacting trial exhibits | LL | Clerical work. | Work is not clerical when read in context. See Brief, Section IV. |
| 1/26/2020 | 1.00 | Listen to Hammond audio-recorded interview | GH | Hammond is not applicable to the successful claim against Deputy Johnson. | Development of evidence about Hammond is part of the same common core as claim against Johnson and therefore hours are not severable. See Brief, Section I. Moreover, review of the Hammond interview was |
| 1/26/2020 | 5.50 | listening to Ranger's interviews of Adam Szarf, Megan Winfrey, Christopher Hammond, Richard Winfrey, Sr., Richie and also Richie arrest audio recording; creating summaries | EW | Hammond and Ranger Huff and Duff are applicable to the successful claim against Deputy Johnson. | Development of evidence about Hammond is part of the same common core as claim against Johnson and therefore hours are not severable. See Brief, Section I. Moreover, review of the Hammond interview was |
| 1/29/2020 | 2.00 | Assemble and ship supplies to Houston for trial | AG | Clerical work. | Plaintiffs are removing as part of their billing judgment and as clerical work. See Brief, Sections IV, V. |
| 2/1/2020 | 6.00 | print out exams, pull deposition pages for impeachment or refresh recollection; print out and edit demonstratives; edit and listen to opening statement and provide comments to GH and EW | AG | Clerical work for printing. Time should be reduced. | Work is not clerical when read in context. See Brief, Section IV. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 2/1/2020 | 4.00 | trial digests for robertson, rogers, johnson, duff, huff | LL | Delete. Duplicative time entry. | Plaintiffs are removing as duplicative. |
| 2/4/2020 | 2.00 | print exams; pull exhibits for Johnson cross- examination and Huff cross-examination | AG | Clerical work for printing. Time should be reduced. | Work is not clerical when read in context. See Brief, Section IV. |
| 2/7/2020 | 6.00 | driving Mark Price to/from Coldspring to/from court for testimony | AG | Excessive and clerical. Approx. 140 miles round trip. | Work is not clerical when read in context. See Brief, Section IV. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 2/9/2020 | 0.75 | writing Plaintiff's supplemental jury instruction No. 22 and filing it | EW | Clerical work. Time should be reduced for filing. | Work is not clerical when read in context. See Brief, Section IV. |
| 2/9/2020 | 4.00 | print and pull deposition pages and exhibits for  exams (Megan Winfrey, Rogers, Dr. Marshall); print cases for  EW | AG | Clerical work. | Work is not clerical when read in context. See Brief, Section IV. |
| 4/28/2020 | 5.00 | find citations pull exhibits and draft toa/toc for rule 58 response filing | LL | Delete. Duplicative time entry. | Plaintiffs are removing as duplicative. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 5/6/2020 | 0.25 | draft motion for extension | LL | Delete. Duplicative time entry. | Plaintiffs are removing as duplicative. |
| 5/11/2020 | 1.00 | draft toa/toc for rule 58 reply filing | LL | Delete. Duplicative time entry. | Plaintiffs are removing as duplicative. |
| 1/7/2022 | 2.00 | edited, formatted and filed motion for extension of time | LL | Clerical work. Time should be reduced for filing. | Work is not clerical when read in context. See Brief, Section IV. |

**Response to Defendants' Objections to Attorneys' Fees**

| Date | Hours | Task | Time Keeper | Objection | Plaintiffs' Response |
|------|-------|------|-------------|-----------|----------------------|
| 1/25/2022 | 3.00 | drafted and finalized toc and toa for PREB, drafted certificates, formatted final brief, and filed | LL | Clerical work. Time should be reduced for filing. | Work is not clerical when read in context. See Brief, Section IV. |