**Plaintiffs' Amended Attorneys Fees**

| Name | Hourly Rate | Hours Originally Requested | Amended Hours | Amended Fees |
|---|---|---|---|---|
| Debra Loevy | $450 | 276.5 | 193.5 | 87075 |
| Gayle Horn | $400 | 654.75 | 654 | 261600 |
| Gayle Horn (clerical hours) | $125 | - | 0.25 | 31.25 |
| Elizabeth Wang | $400 | 1177.75 | 1176 | 470400 |
| Elizabeth Wang (clerical hours) | $125 | - | 0.5 | 62.5 |
| Andrew Garden | $125 | 119.25 | 115.75 | 14468.75 |
| Lauren Lebata | $125 | 71.5 | 54.25 | 6781.25 |
| Brian Swift | $125 | 27.25 | 18.25 | 3406.25 |

| | |
|---|---|
| TOTAL AMENDED HOURS | 2212.5 |
| TOTAL REDUCTION IN HOURS | 114.5 |
| TOTAL AMENDED FEES | 843825 |

Exhibit 2