Response to Defendant's Objections to 28 U.S.C. 1920 Costs

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| Star Civil Process | 7/8/10 | 1763 | $100.00 | process service | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. *See* Brief, Section VI. |
| Stephanie Carlisle | 10/1/10 | | $68.40 | court reporter/transcript (hearing tr.) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Transcripts were necessary for preparation of the case for trial. *See* Brief, Section VI. |
| Bruce Slavin | 10/26/10 | 00001460 | $42.30 | court reporter/transcript (hearing tr.) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Transcripts were necessary for preparation of the case for trial. *See* Brief, Section VI. |
| Laura Wells, CRS | 12/23/10 | 10-994 | $2,796.00 | court reporter/transcript (criminal trial tr.) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Transcripts were necessary for preparation of the case for trial. *See* Brief, Section VI. |
| FDX Office | 3/18/13 | | $76.91 | copies/exemplification (for deps) | 1920 | Not demonstrated necessity of copies for deposition in this case against Deputy Johnson. | Copies were made for deposition exhibits for depositions of Defendant Johnson and Rogers. Depositions of Johnson and Rogers and attached exhibits were necessary for advancing the case. *See* Brief, Section VI. |

Response to Defendant's Objections to 28 U.S.C. 1920 Costs

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| FedExOffice | 3/18/13 | | $13.40 | copies/exemplification (for deps) | 1920 | Not demonstrated necessity of copies for deposition in this case against Deputy Johnson. | Copies were made for deposition exhibits for depositions of Defendant Johnson and Rogers. Depositions of Johnson and |
| Eight Days a Week | 3/20/13 | | $24.54 | copies/exemplification (for deps) | 1920 | Not demonstrated necessity of copies for deposition in this case against Deputy Johnson. | Copies were made for deposition exhibits for depositions of Defendant Johnson and Rogers. Depositions of Johnson and Rogers and attached exhibits were necessary for advancing the case. *See* Brief, Section VI. |
| LegaLink, Inc. | 3/28/13 | 14157029 | $1,010.40 | court reporter/transcript (Pikett dep) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Deposition transcript of Pikett, who was a trial witness, necessary for advancement of the case. *See* Brief, Sections I & VI. |

Response to Defendant's Objections to 28 U.S.C. 1920 Costs

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| LegaLink, Inc. | 4/19/13 | 14156740 | $1,635.13 | court reporter/transcript (Johnson dep) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Deposition transcript of Defendant Johnson, who was the Defendant in this case and who testified at trial, was necessary for the advancement of the case. Deposition was used to prepare exams, impeach |
| LegaLink, Inc. | 4/19/13 | 14156841 | $1,548.09 | court reporter/transcript (Rogers dep) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Deposition testimony of Sheriff Rogers, who was a trial witness and who participated in the interview of Campbell, was necessary |
| LegaLink, Inc. | 6/3/13 | 14158405 | $903.52 | court reporter/transcript (Huff deposition) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Deposition testimony of Grover Huff, who was a trial witness, was necessary for the advancement of the case. Deposition was used to prepare exams and refresh recollection as well as an exhibit to Plaintiffs' response to Defendant Johnson's MSJ. See Brief, Sections 1 & IV; Doc. 139 (No. 10-1896); Doc. 69 (14-448). |

Response to Defendant's Objections to 28 U.S.C. 1920 Costs

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | **Plaintiff's Response** |
|---|---|---|---|---|---|---|---|
| LegaLink, Inc. | 6/4/13 | 14158568 | $670.11 | court reporter/transcript (Duff deposition) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Deposition testimony of Ronald Duff, who was a trial witness, was necessary for the advancement of the case. Deposition was used to prepare exams and refresh recollection as well as an exhibit to Plaintiffs' response to Defendant Johnson's MSJ. See Brief, Sections I & IV; Doc. 139 (No. 10-1896); Doc. 69 (14-448). |
| Professional Civil Process | 6/6/13 | | $502.25 | process service (subpoenas) | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| Still Waters Process Service | 6/14/13 | 2013000239 | $90.00 | process service | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |
| LegaLink, Inc. | 7/16/13 | 14160889 | $112.50 | court reporter/transcript (Campbell deposition) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | David Campbell was interviewed by Defendant Johnson and Sheriff Rogers, and Defendant Johnson's misrepresentation of that interview in his arrest-warrant affidavits formed the basis for Plaintiffs' claim against Johnson. Plaintiffs' attempt to depose Campbell was reasonable and necessary for the litigation. See Brief, Section VI. |
| LegaLink, Inc. | 7/16/13 | 14160890 | $321.87 | court reporter/transcript (Gladden and Neyland depositions) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Deborah Gladden was Megan Winfrey's teacher and information that she gave to the police was part of Defendant Johnson's |

Response to Defendant's Objections to 28 U.S.C. 1920 Costs

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| Professional Civil Process | 7/29/13 | A13705738 | $65.00 | process service (subpoenas) | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | $65 is the same fee charged by the U.S. Marshal's in the Southern District of Texas. *See* Brief, Section VI. |
| LegaLink, Inc. | 11/4/13 | 14165309 | $513.16 | court reporter/transcript (Brown dep) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Developing evidence of Brown and Johnson's knowledge of her was relevant to and shared the same common core as the claim against Defendant Johnson. *See* Brief, Section |

Response to Defendant's Objections to 28 U.S.C. 1920 Costs

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| Associated Court Reporters- Houston | 1/30/14 | H-8423A | $346.24 | court reporter/transcript (Kunkle dep) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Plaintiffs' police practices expert. His deposition was noticed by the Defendant. Plaintiffs paid for a copy of the transcript to respond to the Defendant's motion to bar. Doc. 133 (No. 10-1896); Doc. 55 (No. 14-448); *see* Brief, Section VI. |
| LegaLink, Inc. | 2/28/14 | 14169264 | $921.47 | court reporter/transcript (Young dep) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Defendant's police practices expert, Plaintiffs ordered this deposition to move to bar Mark Young. Doc. 189 (No 10-1896); Doc. 41 (No. |

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| Fred E. Warner | 10/26/14 | 20140069 | $93.60 | court reporter/transcript (of 10/30/14 hearing) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Judge made oral rulings on motions to bar experts. Transcript was necessary to read and understand rulings. *See* Brief, Section VI. |
| First Legal Depositions | 12/3/19 | 53132 | $669.40 | court reporter/transcript (Richie dep) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Plaintiff's deposition was noticed by the Defendant. A copy of that deposition was ordered so that Plaintiffs' counsel could prepare their |
| First Legal Depositions | 12/5/19 | 53166 | $611.80 | court reporter/transcript (Megan dep) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Plaintiff's deposition was noticed by the Defendant. A copy of that deposition was ordered so that Plaintiffs' counsel could prepare their exams and prepare Plaintiffs for cross-examination at trial. *See* Brief, Section VI. |

Response to Defendant's Objections to 28 U.S.C. 1920 Costs

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| Court Reporters Clearinghouse | 12/31/19 | 155997 | $464.52 | court reporter/transcript (Marshall dep) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Dr. Rycke Marshall was a trial witness. Her deposition transcript was used to prepare her exam and for her testimony. *See* Brief, |
| Easy Serve | 1/15/20 | 304-26986207 | $149.00 | process service (trial subpoena), Deborah Winfrey | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |
| Easy Serve | 1/15/20 | 304-26986206 | $190.00 | process service (trial subpoena), Jonathan Petix | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |
| Easy Serve | 1/15/20 | 304-26986201 | $154.00 | process service (trial subpoena), Keith Pikett | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |

Response to Defendant's Objections to 28 U.S.C. 1920 Costs

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| Easy Serve | 1/15/20 | 304-26986203 | $149.00 | process service (trial subpoena), Kirby Cowles | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |
| Easy Serve | 1/15/20 | 304-27007501 | $126.00 | process service (trial subpoena), Lacy Rogers | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |
| Easy Serve | 1/15/20 | 304-26986205 | $149.00 | process service (trial subpoena), Mark Price | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |

Response to Defendant's Objections to 28 U.S.C. 1920 Costs

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| Easy Serve | 1/15/20 | 304-26986204 | $149.00 | process service (trial subpoena), Sharon Vestal | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |
| Easy Serve | 1/15/20 | 304-26986208 | $60.00 | process service (trial subpoena), Thomas Winfrey | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |
| Easy Serve | 1/31/20 | 304-27046404 | $149.00 | process service (trial subpoena), Addy Yarborough | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |
| Easy Serve | 1/31/20 | 304-27046401 | $126.00 | process service (trial subpoena), Greg Magee | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| Easy Serve | 1/31/20 | 304-26986202 | $190.00 | process service (trial subpoena), Paul Lasco | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |
| Easy Serve | 1/31/20 | 304-27046403 | $144.00 | process service (trial subpoena), Robert Trapp | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |
| Easy Serve | 1/31/20 | 304-27046402 | $149.00 | process service (trial subpoena), Robin Freeman | 1920 | Private process service fess not recoverable under 28 U.S.C. § 1920 absent exceptional circumstances. Exceptional circumstances not shown. | Plaintiffs have reduced the fees to $65/witness. See Brief, Section VI. |
| Planet Depos | 2/17/20 | 317446 | $1,809.60 | court reporter/trancript (Glass dep) | 1920 | Ordered expedited. Expedited transcripts are not recoverable. *Fogleman v. ARAMCO*, 920 F.2d 278, 286 (5th Cir. 1991). | Dr Glass was a trial witness and the Defendant's psychological expert. Due to the compressed time between his deposition and |
| COURT REPORTERS CLEARI | 3/26/20 | 1225 NORTH LOOP W STE 327 | $750.60 | court reporter/transcript (Young dep) | 1920 | Have not shown if this transcript was necessarily obtained for use in this case against Deputy Johnson. | Mark Young was the Defendant's police practices expert. Over Plaintiffs' objection, Mr. Young was deposed because he was |
| | | Total Amount: | $18044.81 | | | | |