Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| Southwest Airlines | 7/26/10 | | $378.95 | transportation (airfare for 7/29/10 conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Houston-Taxi | 7/28/10 | | $17.00 | transportation (cab fare for 7/29/10 conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| The Lancaster Hotel | 7/29/10 | | $98.87 | hotel (7/29/10 conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| FJ&P Limo & Town Car | 7/29/10 | | $21.50 | transportation (cab fare for 7/29/10 conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Chicago Carriage Cab | 9/24/10 | | $23.00 | transportation (cab fare airport to home, 9/24/10 hearing) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Liberty Leasing | 9/24/10 | | $31.00 | transportation (cab fare for 9/24/10 hearing) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Taxi Affiliation Services, LLC | 9/24/10 | | $33.00 | transportation (cab fare for 9/24/10 hearing) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |

Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| Yellow Cab Houston | 9/24/10 | | $27.00 | transportation (cab fare for 9/24/10 hearing) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Hotels.com | 5/19/12 | | $154.41 | hotel (5th Cir argument) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Bradley Airport | 6/5/12 | | $51.05 | parking at airport (5th Cir argument) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Southwest Airlines | 11/7/12 | | $170.10 | transportation (airfare for 12/4/12 conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Southwest Airlines | 11/15/12 | | $44.00 | transportation (airfare for 12/4/12 conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Yellow Cab Houston | 12/3/12 | | $36.00 | transportation (cab fare for 12/4/12 hearing) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Club Quarters-Houston | 12/4/12 | | $146.23 | hotel (for 12/4/12 hearing) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |

Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| Metro Taxi | 12/4/12 | | $112.85 | transportation (to Boulder home from Denver airport, for 12/4/12 hearing) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Frontier Airlines | 2/20/13 | | $400.51 | transportation, airfare (for Pikett deposition) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Southwest Airlines | 2/21/13 | | $52.30 | transportation, airfare (for Rogers & Johnson depositions) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| The Lancaster Hotel | 3/4/13 | | $181.16 | hotel (for Pikett deposition) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Southwest | 3/4/13 | | $463.80 | transportation, airfare (for Rogers & Johnson depositions) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Yellow Cab Houston | 3/7/13 | | $64.00 | transportation (cab fare, Pikett deposition) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Metro Taxi | 3/7/13 | | $112.00 | transportation (to Boulder home from Denver airport, for Pikett deposition) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |

Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| Houston Transportation | 3/9/13 | | $65.00 | transportation (cab fare, Pikett deposition) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Southwest Airlines | 3/27/13 | | $236.30 | transportation (airfare, for Huff and Duff depositions) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Houston Transportation | 4/29/13 | | $37.00 | transportation (cab fare, deposition of Rangers) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Metro Cab | 4/30/13 | | $8.00 | transportation (cab fare, deposition of Rangers) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Yellow Cab Houston | 4/30/13 | | $13.75 | transportation (cab fare, deposition of Rangers) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Denver Yellow Cab | 5/1/13 | | $109.25 | transportation (cab fare from Denver airport to Boulder home, deposition of Rangers) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Yellow Cab Houston | 5/1/13 | | $8.00 | transportation (cab fare, deposition of Rangers) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |

Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| Yellow Cab Houston | 5/1/13 | | $38.55 | transportation (cab fare, deposition of Rangers) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Embassy Suites | 5/2/13 | | $526.88 | hotel (for Rangers depositions) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Southwest Airlines | 5/14/13 | | $274.30 | transportation (airfare for depositions) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| The Executive Inn | 5/29/13 | | $151.36 | hotel (for investigator, re: David Campbell) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Hertz Rent-a-Car | 5/29/13 | | $105.31 | transportation, rental car (for investigator, re: David Campbell) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Mort Smith | 5/30/13 | 1094 | $1,200.00 | investigation (fees of investigator) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Doubletree by Hilton | 6/11/13 | | $231.93 | hotel (investigation, re: David Campbell) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |

Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| Hertz Rent-a-Car | 6/11/13 | | $117.30 | transportation (investigation, re: David Campbell) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Midway Parking | 6/11/13 | | $28.00 | transportation (investigation, re: David Campbell) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Enterprise Rent-a-Car | 6/21/13 | | $189.21 | transportation (for depositions and investigation) | 1988 | investigation fees not recoverable | This charge is related to both the depositions and attendant investigation conducted by Plaintiffs' attorneys to locate witnesses. This is recoverable. |
| Shell Oil | 6/21/13 | | $16.03 | transportation (gas for rental car) | 1988 | investigation fees not recoverable | This charge is related to both the depositions and attendant investigation conducted by Plaintiffs' attorneys to locate witnesses. This is recoverable. |
| Hampton Inn & Suites | 6/22/13 | | $499.83 | hotel (for depositions) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Holiday Inn | 9/4/13 | | $119.54 | hotel (investigation) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Platepass Hert Tolls | 9/4/13 | | $65.55 | transportation (investigation) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |

Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| Holiday Inn | 9/5/13 | | $40.86 | hotel, transportation (investigation) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Midway Parking | 9/5/13 | | $46.00 | parking at airport (investigation) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Hertz Rent-a-Car | 9/5/13 | | $152.82 | transportation (investigation) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Southwest Airlines | 12/10/13 | | $420.80 | transportation, airfare (investigation) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Southwest Airlines | 12/10/13 | | $496.40 | transportation, airfare (investigation) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Holiday Inn | 12/12/13 | | $202.51 | hotel (investigation) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |

Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| Midway Parking | 12/12/13 | | $96.00 | parking (investigation) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Hertz Rent-a-Car | 12/12/13 | | $80.70 | transportation (investigation) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Hertz Rent-a-Car | 12/12/13 | | $236.12 | transportation (investigation) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Hertz Rent-a-Car | 1/20/14 | | $265.95 | transportation (investigation re: Jason King) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Kum & Go | 1/21/14 | | $53.08 | transportation (gas for rental car, investigation re: Jason King) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Americinn of Stuart | 1/22/14 | | $83.89 | hotel (investigation re: Jason King) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Southwest Airlines | 1/30/14 | | $466.00 | transportation (airfare, investigation re: Jason King) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |

Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| Airport Holiday Inn | 1/31/14 | | $228.36 | hotel (investigation re: Jason King) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Hertz Rent-a-Car | 1/31/14 | | $166.70 | transportation (investigation re: Jason King) | 1988 | investigation fees not recoverable | Plaintiffs have removed this charge. |
| Southwest Airlines | 4/1/14 | | $372.50 | transportation (airfare for pretrial conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Club Quarters-Houston | 4/14/14 | | $177.54 | hotel (for pretrial conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Club Quarters-Houston | 4/15/14 | | $44.46 | hotel (for pretrial conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| DIA Parking Operations | 4/15/14 | | $18.00 | parking (at airport for pretrial conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Houston Transport Services | 4/15/14 | | $33.75 | transportation (cab fare airport, pretrial conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |

Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| Taxipass Houston | 4/15/14 | | $36.00 | transportation (cab fare airport, pretrial conference) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| E 470 Express Tolls | 5/11/14 | | $6.80 | transportation (to airport, toll from pretrial conference travel) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Southwest Airlines | 10/7/14 | | $331.70 | transportation, airfare (for hearing on experts) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Wagon Road | 10/29/14 | | $2.00 | parking (at airport park and ride for hearing) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Hotel Icon | 10/30/14 | | $296.91 | hotel (for hearing on experts) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| Taxipass Houston | 10/30/14 | | $41.40 | transportation (cab fare for hearing) | 1988 | Have not shown this cost was in pursuit of claim against Deputy Johnson. Should be reduced as applicable to all defendants. | Claims share common factual core and legal theories. There is no basis on which to reduce costs. *See* Brief, Sections I & VI. |
| HYATT PLACE HOUSTON GA | 2/8/20 | 5252 W ALABA MA | $1,482.68 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |

Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| HYATT PLACE HOUSTON GA | 2/8/20 | 5252 W ALABA MA | $1,182.08 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |
| HYATT PLACE HOUSTON GA | 2/8/20 | 5252 W ALABA MA | $1,177.96 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |
| PRICELN CAMBRIA HOTEL | 2/8/20 | 800 Connec ticut Ave | $900.36 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |
| CAMBRIA HOTEL HOUSTON | 2/10/20 | 1314 TEXAS AVENUE | $338.13 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |
| CAMBRIA HOTEL HOUSTON | 2/12/20 | 1314 TEXAS AVENUE | $1,247.14 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |
| CAMBRIA HOTEL HOUSTON | 2/13/20 | 1314 TEXAS AVENUE | $154.61 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |
| CAMBRIA HOTEL HOUSTON | 2/13/20 | 1314 TEXAS AVENUE | $1,218.83 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |

Response to Defendant's Objections to 42 U.S.C. 1988 Expenses

| Vendor/Payee | Date | Invoice # / Location | Amount | Notes | Sec. 1920 or 1988 | Objection | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|
| CAMBRIA HOTEL HOUSTON | 2/13/20 | 1314 TEXAS AVENUE | $251.14 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |
| CAMBRIA HOTEL HOUSTON | 2/14/20 | 1314 TEXAS AVENUE | $225.04 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |
| United Airlines | 2/14/20 | 600 Jefferso n Street | $1,188.80 | transportation (airfare trial) | 1988 | Unreasonable for a flight with no invoice. Other travel flights for trial averaged $693.90. | Plaintiffs' have submitted an invoice with their filing. This flight was purchased last-minute when the jury continued their deliberations into the next week. |
| United Airlines | 2/14/20 | 600 Jefferso n Street | $152.40 | transportation (airfare trial) | 1988 | Unreasonable for a flight with no invoice. Other travel flights for trial averaged $693.90. | Plaintiffs have removed this charge. |
| CAMBRIA HOTEL HOUSTON | 2/18/20 | 1314 TEXAS AVENUE | $210.26 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |
| CAMBRIA HOTEL HOUSTON | 2/18/20 | 1314 TEXAS AVENUE | $197.73 | hotel (trial) | 1988 | No receipt provided to determine if costs are extravagant or rate per night. | |
| | | Total Amount | $20984.23 | | | | |