**Plaintiffs' Amended Costs and Expenses**

|   | A | B |
|---|---|---|
| 1 | Total Reduction in 28 U.S.C. §1920 costs (Exhibit 3) | $ 2,186.25 |
| 2 | Total Reduction in 42 U.S.C. §1988 expenses (Ex. 4) | $ 5,206.95 |
| 3 | Total Reduction in Costs | $ 7,393.20 |
| 4 | **Total Amended Costs** | **$ 53,804.44** |

Exhibit 5