Gayle Horn <gaylehorn@gmail.com>

## eTicket Itinerary and Receipt for Confirmation PSLPTX

**United Airlines, Inc.** <Receipts@united.com>  Fri, Feb 14, 2020 at 4:28 PM
To: GAYLEHORN@gmail.com



Fri, Feb 14, 2020

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place for China due to the coronavirus. Check our Important notices page for the latest updates

Confirmation Number:

# PSLPTX

| Flight 1 of 2 UA1247 | Class: United Economy (E) |
|---|---|
| Mon, Feb 17, 2020 | Mon, Feb 17, 2020 |
| **04:26 PM** | **07:00 PM** |
| Washington, DC, US (DCA) | Houston, TX, US (IAH) |

| Flight 2 of 2 UA1851 | Class: United Economy (M) |
|---|---|
| Tue, Feb 18, 2020 | Tue, Feb 18, 2020 |
| **08:00 PM** | **11:56 PM** |
| Houston, TX, US (IAH) | Baltimore, MD, US (BWI) |

Exhibit 7

Traveler Details

HORN/GAYLE

| | |
|---|---|
| eTicket number: **0162495445680** | Seats: **DCA-IAH 22F** |
| Frequent Flyer: **UA-XXXXX107 Member** | **IAH-BWI 22F** |
| Preferred Zone Assignment (0161566800134) | **IAH-BWI** |
| Preferred Zone Assignment (0161566800133) | **DCA-IAH** |

Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 7741** |
| Date of purchase: | **Fri, Feb 14, 2020** |

| | |
|---|---|
| Airfare: | 1079.07 USD |
| U.S. Transportation Tax: | 80.93 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Flight Segment Tax: | 8.60 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |

| | |
|---|---|
| Total Per Passenger: | **1188.80 USD** |

## Total:                                                                                              1188.80 USD

Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 7741** |
| Date of purchase: | **Fri, Feb 14, 2020** |

| | |
|---|---|
| Preferred Zone Assignment (Reference Number: 0161566800134): | **25.00 USD** |

## Total:                                                                                               25.00 USD

Additional Purchase Summary

| | |
|---|---|
| Method of payment: | Master Card ending in 7741 |
| Date of purchase: | Fri, Feb 14, 2020 |

| | |
|---|---|
| Preferred Zone Assignment (Reference Number: 0161566800133): | 25.00 USD |

| | |
|---|---|
| **Total:** | **25.00 USD** |

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

**MileagePlus Accrual Details**

| Gayle Horn | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Feb 17, 2020 | 1247 | Washington, DC, US (DCA) to Houston, TX, US (IAH) | 2805 | 586 | 1 |
| Tue, Feb 18, 2020 | 1851 | Houston, TX, US (IAH) to Baltimore, MD, US (BWI) | 2595 | 544 | 1 |
| MileagePlus accrual totals: | | | 5400 | 1130 | 2 |

**Baggage allowance and charges for this itinerary**

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Feb 17, 2020<br>Washington, DC, US (DCA - National) to Houston, TX, US (IAH - Intercontinental) | 30 USD | 40 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Tue, Feb 18, 2020<br>Houston, TX, US (IAH - Intercontinental) to Baltimore, MD, US (BWI) | 30 USD | 40 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

**Disinsection Notice**

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

**IMPORTANT CONSUMER NOTICES**

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5)

travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's

boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER ™

Copyright © 2020 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices