IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RICHARD WINFREY, JR. and MEGAN WINFREY, | ) ) ) |
| Plaintiff, | ) No. 4:10-CV-1896 ) |
| vs. | ) Judge George Hanks, Jr. ) |
| LENARD JOHNSON, | ) ) |
| Defendant. | ) |

## NOTICE OF SATISFACTION OF JUDGMENT

Defendant has fully satisfied the Court's judgment of August 20, 2020 (Dkt. 303) in favor of Plaintiffs Richard Winfrey, Jr. and Megan Winfrey, and the order on attorney's fees and costs dated January 9, 2023 (Dkt. 360).

Respectfully Submitted:

/s/ Elizabeth Wang
Attorney for Plaintiff

Gayle Horn
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
O: 312-243-5900
gayle@loevy.com

Elizabeth Wang – Attorney-in-Charge
LOEVY & LOEVY
2060 Broadway, Suite 460
Boulder, CO 80302
O: 720-328-5642
elizabethw@loevy.com

CERTIFICATE OF SERVICE

    I, Elizabeth Wang, an attorney, certify that on January 29, 2023, I filed a copy of the foregoing Notice via the Court's electronic filing system and thereby served a copy on all counsel of record.

    /s/ Elizabeth Wang